

COURTESY COPY

FILED
CLERK, U.S. DISTRICT COURT

OCT 24 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CALEB L. MCGILLVARY | CIVIL ACTION NO. |
| PLAINTIFF | 2:23-CV-01195-JLS-SK |
| v. | HON. JOSEPHINE L. STATON, USDJ. |
| NETFLIX ET AL | HON. STEVE KIM, U.S.MJ. |
| DEFENDANTS | |

DECLARATION IN SUPPORT OF MOTION FOR
SERVICE BY PUBLICATION UNDER CAL.
CODE OF CIV. PROCEDURE ~~CIV. CODE~~ §415.50(a)(1)

I, CALEB L. MCGILLVARY, DECLARE PURSUANT TO
28 USC 1746 THE FOLLOWING:

1.) I AM THE PRO SE PLAINTIFF IN THE ABOVE CAPTIONED MATTER

2.) I INCORPORATE BY REFERENCE "95"; "111"; & "174"
FROM MY FIRST AMENDED COMPLAINT IN THIS MATTER AS
SHOWING THAT ON JANUARY 10, 2023, NETFLIX &
RAW TV, ACTING JOINTLY, PUBLISHED SLANDEROUS &
FALSE STATEMENTS BY GABRIEL ROBERT SANCHEZ
("GRS") UNDER HIS ALIAS, "GABRIEL FRANCISCO."

3.) ON JANUARY 13, 2023, I RECEIVED VIDEOGRAM
MESSAGES VIA JPAY FROM WILLIAM RATLIFF WHICH
CONTAINED THE STATEMENTS DESCRIBED IN "2" ABOVE.
THIS WAS MY FIRST TIME LEARNING ABOUT THE STATEMENTS

4.) I AM CURRENTLY INCARCERATED IN NJ STATE PRISON,
& DO NOT HAVE ACCESS DIRECTLY TO THE INTERNET. I CAN

1

ONE CALL TEN PHONE NUMBERS, WHICH MUST FIRST BE APPROVED BY THE NJSP ADMINISTRATION IN A PROCESS WHICH TAKES APPROXIMATELY 3 MONTHS. THE LAW LIBRARY HERE AT THE NJSP DOES NOT HAVE RESOURCES FOR CALIFORNIA, WHETHER IN THE FORM OF DIRECTORIES OR LEGAL RESOURCES. MY ABILITY TO EXERCISE DUE DILIGENCE IN LOCATING NETFLIX OR GRS TO SERVE A RETRACTION DEMAND WERE THEREFORE LIMITED TO MESSAGING PEOPLE VIA JPAY & ASKING THEM TO HELP ME LOCATE THE DEFENDANTS.

5.) ON JANUARY 15, 2023, I BEGAN SENDING EMAILS VIA JPAY TO PEOPLE ON MY CONTACT LIST, ASKING FOR ASSISTANCE IN PREPARING FOR A LAWSUIT AGAINST NETFLIX & GRS. IN TOTAL, I SENT 45 DIFFERENT PEOPLE MESSAGES REQUESTING ASSISTANCE IN RESEARCH FOR MY INTENDED LAWSUIT IN THIS MANNER BETWEEN JANUARY 15 TO JANUARY 21, 2023.

6.) ON JANUARY 27, 2023, I SENT 5 DIFFERENT PEOPLE A REQUEST VIA JPAY, TO HELP ME LOCATE NETFLIX'S COUNSEL & GRS; USING SEARCHES OF THE INTERNET & SEARCHES OF THE INVESTIGATIVE DATABASE, "WWW.BEENVERIFIED.COM". JPAY HAS RECORDS OF THESE MESSAGES.

7.) DURING THE PERIOD FROM JANUARY 24-26, 2023, I COMMUNICATED VIA EMAIL WITH HANNAH VAN DE PEER, A NEWSPERSON AT "THE TAB", A NEWS

2

PUBLICATION WITH TENS OF MILLIONS OF READERS WORLDWIDE. I ASKED HER TO PUBLISH MY RETRACTION DEMAND AGAINST NETFLIX & "GABRIEL FRANCISCO", GRS'S RECOGNIZED ALIAS, REGARDING THE STATEMENTS DESCRIBED IN "2" ABOVE. SHE DID, IN FACT, CONTACT BOTH NETFLIX & GRS, & GRS & NETFLIX THEREBY RECEIVED PLAINTIFF'S RETRACTION DEMAND FROM HER IN WRITING VIA EMAIL, TO THE BEST OF MY INFORMATION & BELIEF. GRS RESPONDED TO HER IN WRITING INDICATING KNOWLEDGE OF MY RETRACTION DEMAND BUT REFUSING TO RETRACT HIS STATEMENTS, TO THE BEST OF MY KNOWLEDGE & BELIEF. ON OR ABOUT 1/26/23, HANNAH VAN DE PEER PUBLISHED MY RETRACTION DEMAND ON "THE TAB"'S WEBSITE & IN THE TAB PUBLICATION CLEARLY INDICATING THE SUBSTANCE OF THE STATEMENTS WHICH I ALLEGE ARE DEFAMATORY, IN AN ARTICLE ALSO CONTAINING THE SUBSTANCE OF GRS'S REFUSAL TO RETRACT HIS STATEMENT. THE ARTICLE ITSELF, "EXCLUSIVE: KAI THE HATCHET WIELDING HITCHHIKER WILL BE SUING NETFLIX FOR DEFAMATION" IS ANNEXED HERETO & INCORPORATED HEREIN FROM "THE TAB'S" BUSINESS WEBSITE: HTTPS://THETAB.COM

8.) ON MY INFORMATION & BELIEF, GRS WAS AT HIS PLACE OF RESIDENCE WHEN HE RECEIVED THE NOTICE

3

IN WRITING OF MY RETRACTION DEMAND FROM
HANNAH VAN DE PEER

9.) AS PLED IN "99" OF THE FIRST AMENDED COMPLAINT
("FAC"); GRS JOINED THE NRSR CONSPIRACY ON OR
ABOUT SEPTEMBER 5, 2021; & SINCE THE PROCEEDS
OF THE CONSPIRACY CONTINUE TO BE DISPERSED WITH
EACH MONETARY TRANSACTION DESCRIBED IN "223" OF
THE FAC; NOTICE TO GRS OF MY RETRACTION DEMAND
IS CONSTRUCTIVE NOTICE TO ALL OF HIS NRSR
COCONSPIRATORS & SHOULD BE CONSTRUED AS NOTICE
TO EACH NRSR COCONSPIRATOR.

10.) JPAY ROUTINELY HOLDS ONTO MESSAGES FOR 2
OR MORE DAYS FROM WHEN THE MESSAGE IS SENT TO
WHEN I RECEIVE IT. THIS HAPPENS MORE FREQUENTLY
WITH MESSAGES CONTAINING WHAT PURPORTS TO BE
CONTACT INFORMATION. ON MY INFORMATION & BELIEF,
THIS IS BECAUSE THE NJ STATE PRISON REVIEWS
THE MESSAGES TO MAKE SURE THEY DON'T CONTAIN
INFORMATION THAT WOULD POSE A THREAT TO THE
SECURITY OF OPERATIONS AT THE FACILITY.

11.) ON FEBRUARY 3, 2023, I RECEIVED A REPLY FROM
ONE OF MY LETTERS TO MY FANS REFERRED TO IN "5"
& "6". THIS REPLY CONTAINED GABRIEL ROBERT SANCHEZ'S
TRUE NAME & PHYSICAL ADDRESS. THIS WAS MY FIRST
TIME DISCOVERING, & THE EARLIEST POSSIBLE

4

DATE UPON WHICH I COULD DISCOVER WITH REASONABLE EXERCISE OF DUE DILIGENCE, THE RESIDENCE OF GRS AT WHICH TO SERVE A RETRACTION DEMAND. BECAUSE 24 DAYS HAD ELAPSED FROM THE PUBLISHING OF THE DEFAMATION, I WAS OUTSIDE OF THE 20 DAY TIME LIMIT FOR SERVING WRITTEN NOTICE IN THE USUAL MANNER, WHICH IS IMPOSED BY CAL. CIV. CODE. 46.

12) I HAVE EXERCISED REASONABLE DUE DILIGENCE TO LOCATE & SERVE A RETRACTION DEMAND UPON GRS & NETFLIX IN THE MANNER & WITHIN THE TIME PRESCRIBED BY CAL. CIV. CODE 48; AS DECLARED ABOVE IN "3" - "11". IF THE COURT FINDS THAT THE WRITTEN NOTICE DESCRIBED IN "7" WAS INSUFFICIENT UNDER ORDINARY SERVICE REQUIREMENTS, IT IS IN THE INTERESTS OF JUSTICE TO CHARACTERIZE THE WRITTEN RETRACTION DEMAND DESCRIBED IN "7" AS SERVICE BY PUBLICATION UNDER CAL. CODE OF CIV. PROC. 415.50, WITHIN THE 20 DAY TIME LIMIT PRESCRIBED BY CAL. CIVIL CODE 48.

13.) FOR ALL THE FOREGOING REASONS, & FOR ALL THE REASONS GIVEN IN MY MOTION, IT IS IN THE INTERESTS OF JUSTICE TO GRANT AN ORDER FOR SERVICE OF THE RETRACTION DEMAND UPON GRS & NETFLIX BY PUBLICATION AS DESCRIBED IN "7" - "9".

14.) PLAINTIFF ADOPTS BY REFERENCE HIS FACT HEREIN, SHOWING A CAUSE OF ACTION

5

15.) MY AGENTS DESCRIBED IN "5" & "6" ABOVE WERE UNABLE BY ANY NUMBER OF HONEST ATTEMPTS TO LOCATE OR LEARN DEFENDANT'S WHEREABOUTS OR HIS ADDRESS BY INQUIRY OF FRIENDS, RELATIVES, ACQUAINT-ANCES, OR EMPLOYERS; OR BY INVESTIGATION OF APPROPRIATE CITY & TELEPHONE DIRECTORIES, THE VOTER'S REGISTER, OR THE REAL & PERSONAL PROPERTY INDEX IN THE ASSESSOR'S OFFICE NEAR FRESNO, CA; BECAUSE GRS USED AN ALIAS OTHER THAN HIS LEGAL NAME WHEN PUBLISHING THE DEFAMATION IN "2" & THEREBY CONCEALED HIS IDENTITY & OBSTRUCTED EFFORTS TO LEARN HIS WHEREABOUTS. PLAINTIFF DEPLOYED NO LESS THAN 45 AGENTS TO ASSIST IN THE SEARCH FOR "GABRIEL FRANCISCO"; & DID NOT UNCOVER GRS'S LEGAL NAME EXCEPT BY EXTRAORDINARY INVESTI-GATIVE EFFORTS UNTIL 2/3/23; WHEN THE TIME ALOTTED BY CAL. CIV. CODE 48a(a) HAD ALREADY RUN OUT. THE FACT OF MY ELICITATION OF AGENTS TO ASSIST IN THE LOCATION OF DEFENDANT CAN BE SHOWN BY COMPUTER RECORDS KEPT BY JPAY, A REPRESENTATIVE OF WHOM, IF SUBPOENAED, COULD PRODUCE THE RECORDS & TESTIFY TO THE ACCURACY OF THE FACTS HEREIN DECLARED IN "5", "6", "10", & "11" ABOVE. DEFENDANT THEREFORE COULD NOT BE SERVED WITHIN TIME IN ANOTHER MANNER SPECIFIED BY CAL. CODE OF CIV. PROC. 415.

6

I DECLARE UNDER PENALTY OF PERJURY THAT THE
FOREGOING STATEMENTS ARE TRUE & ACCURATE
EXECUTED THIS 16TH DAY OF OCTOBER, 2023

CALEB L. MCGILLVARY, PRO SE
#1212665/SBI #102317G NJSP
PO BOX 861 TRENTON, NJ 08625

@7

MCCALL VAREY
2266S/SBI#1023176
CRP P.O. Box 861
TRENTON, NJ
08625

TRENTON NJ 085
17 OCT 2023 PM 4 L

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
USM3
OCT 24 2023

HON. STEVE KIM, USM3
IN CHAMBERS
USDC - CD CA
255 E. TEMPLE ST.
COURTROOM 540, 5TH FLOOR
LOS ANGELES, CA
90012

LEGAL MAIL



LEGAL MAIL