COURTESY COPY

**FILED**
CLERK, U.S. DISTRICT COURT
NOV - 6 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: rsm DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB L. MCGILLVARY<br>PLAINTIFF<br>V.<br>NETFLIX ET AL<br>DEFENDANTS | CIVIL ACTION NO.<br>2:23-CV-01195-JLS-SK<br>HON. JOSEPHINE L. STATON, U.S.D.J.<br>HON. STEVE KIM, U.S.M.J.<br>MOTION DATE: TO BE DETERMINED |

NOTICE & MOTION FOR EXTENSION OF TIME
FOR SERVICE UNDER FED. R. CIV. P. 4(m)

PLAINTIFF CALEB L. MCGILLVARY ("PLAINTIFF") HEREBY MOVES THE COURT FOR AN ORDER GRANTING AN EXTENSION OF TIME TO EFFECT SERVICE UNDER FED. R. CIV. P. 4(m). PLAINTIFF RELIES ON THE FOLLOWING GROUNDS BY DECLARING PURSUANT TO 28 USC 1746:

1.) I AM THE PRO SE PLAINTIFF IN THIS MATTER

2.) ON AUGUST 14, 2023, THE COURT GRANTED ME LEAVE TO PROCEED IN FORMA PAUPERIS UNDER 28 USC 1915.

3.) I SENT USM-285 FORMS FOR EACH KNOWN DEFENDANT TO THE CLERK, TOGETHER WITH AN APPLICATION TO EFFECT SERVICE BY MAIL UNDER RULE 4(f)(3). ON 9/7/23, THE RULE 4(f)(3) APPLICATION WAS FILED, BUT THE USM-285 FORMS WERE NOT.

1

PROOF OF FILING BY PRISON MAILBOX RULE

I, CALEB L. MCGILLVARY, HEREBY DECLARE PURSUANT TO 28 USC 1746 THAT ON 10/31/23 I PLACED INTO THE INSTITUTIONAL MAILING SYSTEM HERE WHERE I'M INCARCERATED AT NJ STATE PRISON 3RD & FEDERAL STS. TRENTON, NJ 08625; WITH 1ST CLASS POSTAGE PREPAID TO BE SENT VIA USPS REGULAR MAIL; THE ORIGINAL OF MY NOTICE & MOTION FOR EXTENSION OF TIME FOR SERVICE UNDER 4(m) & PROPOSED ORDER; TO THE CLERK OF THE USDC-CD CA FOR FILING AT 255 E. TEMPLE ST, RM 180 LOS ANGELES, CA 90012.
I HEREBY INVOKE THE PRISON MAILBOX RULE.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE & ACCURATE. EXECUTED THIS 31st DAY OF OCTOBER, 2023

/s/ Caleb L. McGillvary

CALEB L. MCGILLVARY, PRO SE
#1222665/SBI#1023176 NJSP
PO BOX 861 TRENTON, NJ 08625

4.) I FILED MY FIRST MOTION FOR DOE DISCOVERY ON 9/5/23, WHICH THE MAGISTRATE JUDGE DENIED ON 9/21/23; & WHICH DENIAL I TIMELY OBJECTED TO & REQUESTED REVIEW UPON ON 9/27/23. ECF 35. MY SECOND MOTION FOR DOE DISCOVERY IS FORTHCOMING.

5.) I TWICE ATTEMPTED TO HAVE THE CLERK ISSUE SUMMONS, BUT WAS CITED FOR DEFICIENCIES BOTH TIMES, SEE ECF 33. DESPITE MY PRO SE & UNLEARNED STATUS, I FINALLY GOT IT RIGHT ON OCTOBER 19, 2023, SUMMONS WERE ISSUED ON 10/20/23, SEE ECF 38-55; BUT I DIDN'T RECEIVE THE SUMMONS UNTIL OCTOBER 27, 2023. THIS IS BECAUSE NJ STATE PRISON TAKES A WEEK TO PROCESS OUTGOING & INCOMING MAIL, A MAIL TAKES DAYS TO GET TO THE CLERK, & IT USUALLY TAKES AT LEAST A WEEK FOR THE CLERK TO RESPOND.

6.) ALTHOUGH UNDER 28 USC 1915(d), "THE OFFICERS OF THE COURT SHALL ISSUE & SERVE ALL PROCESS & PERFORM ALL DUTIES IN [IN FORMA PAUPERIS] CASES" I NONETHELESS FILED A REQUEST FOR SERVICE BY U.S. MARSHAL ON 10/10/23. ECF 36.

7.) ON TODAY'S DATE, I PLACED A PARCEL IN THE MAIL CONTAINING USM-285, SUMMONS, &

2

copies of my first amended complaint for each named defendant in the institutional mailing system where I'm incarcerated at NJ State Prison with 1st class postage prepaid to be sent via USPS regular mail to the clerk. Like with the summons in "5" above, NJ State Prison will almost certainly take forever to process my outgoing mail. I have been making diligent effort to effect service by US Marshal under 28 USC 1915(d), but the lag time with snail mail has pushed up on the clock like nobody's business. I'm literally filing stuff the next day after receiving deficiencies, & if I was electronic filing this would've been taken care of months ago. But Jersey ain't like California with e-filing in prisons, so I'm doing the best I can in good faith to get this done.

8) Last but not least, 28 USC 1915(d) specifically states that the responsibility is on the court, not me, to issue summons & serve process. According to the statute, I did my duty when I filed the USM 285's on 9/7/23. I consider it an honor & a privilege to assist the court, but I have not relinquished my rights

3

UNDER 28 USC 1915(d) BY DOING SO.

2) FOR ALL THE FOREGOING REASONS, GOOD CAUSE EXISTS TO EXTEND TIME FOR SERVICE FOR 60 DAYS AFTER AN ORDER ISSUES DISPOSING OF MY PENDING RULE 4(f)(3) & 28 USC 1915(d) MOTIONS; OR UNTIL THE MARSHAL PERFECTS SERVICE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE & ACCURATE. EXECUTED THIS 31st DAY OF OCTOBER, 2023

RESPECTFULLY SUBMITTED,

CALEB L. MCGILLVARY, PRO SE
#1222665/SBI#1023174 NJSP
PO BOX 861 TRENTON, NJ 08625

4



LEGAL MAIL

PROOF OF FILING BY PRISON MAILBOX RULE

I, CALEB L. MCGILLVARY, HEREBY DECLARE PURSUANT TO 28 USC 1746 THAT ON 10/31/23 I PLACED INTO THE INSTITUTIONAL MAILING SYSTEM HERE WHERE I'M INCARCERATED AT NJ STATE PRISON 3RD & FEDERAL STS. TRENTON, NJ 08625; WITH 1ST CLASS POSTAGE PREPAID TO BE SENT VIA USPS REGULAR MAIL; THE ORIGINAL OF MY NOTICE & MOTION FOR EXTENSION OF TIME FOR SERVICE UNDER 4(m) & PROPOSED ORDER; TO THE CLERK OF THE USDC-CD CA FOR FILING AT 255 E. TEMPLE ST, RM 180 LOS ANGELES, CA 90012. I HEREBY INVOKE THE PRISON MAILBOX RULE. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE & ACCURATE. EXECUTED THIS 31st DAY OF OCTOBER, 2023

/s/ _____
CALEB L. MCGILLVARY, PRO SE
#1222665/SBI#1023176 NJSP
PO BOX 861 TRENTON, NJ 08625