COURTESY COPY

LODGED
CLERK, U.S. DISTRICT COURT

NOV - 6 2023

CENTRAL DISTRICT OF CALIFORNIA
rsm                    DEPTUY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CALEB L. MCGILLVARY | CIVIL ACTION NO. |
| PLAINTIFF | 2:23-cv-01195-JLS-SK |
| V. | HON. JOSEPHINE L. STATON, USDJ, |
| NETFLIX ET AL. | HON. STEVE KIM, USMJ, |
| DEFENDANTS | |

## ORDER

PLAINTIFF CALEB L. MCGILLVARY ("PLAINTIFF") HAVING OPENED THIS MATTER TO THE COURT ON MOTION FOR AN ORDER GRANTING EXTENSION OF TIME FOR SERVICE UNDER FED. R. CIV. P. 4(m), & THE COURT HAVING CONSIDERED THE PAPERS SUBMITTED & THE ARGUMENTS OF PARTIES, & FOR GOOD CAUSE SHOWN;

IT IS ON THIS ___ DAY OF _____, 20__

ORDERED THAT PLAINTIFF'S MOTION IS HEREBY GRANTED:

ORDERED THAT PLAINTIFF'S TIME FOR SERVING PROCESS UNDER RULE 4(m) IS HEREBY EXTENDED FOR 60 DAYS AFTER THE ORDER DISPOSING OF HIS MOTIONS UNDER RULE 4(f)(3) & 28 USC 1915.

ORDERED THAT A COPY OF THIS ORDER BE SERVED UPON ALL ALL PARTIES APPEARING WITHIN 7 DAYS OF THIS ORDER

HON. JOSEPHINE L. STATON, USDJ.

HON. STEVE KIM, USMJ

TRENTON NJ 08

31 OCT 2023   PM 3

FOREVER / US

RECEIVED
NOV - 6 2023
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

C MCGILLVRAY
#1006665/SBI#1023178
NJSP PO BOX 861
TRENTON, NJ
08625

HON. STEVE KIM, USMJ
USDC - CDCA
COURTROOM 540, 5TH FLOOR
255 E. TEMPLE ST,
LOS ANGELES, CA
90012-3394-74

LEGAL MAIL