Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861



FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB L. MCGILLVARY<br>PLAINTIFF<br><br>V.<br><br>NETFLIX, ET AL<br>DEFENDANTS | ) CIVIL ACTION NO.<br>) 2:22-CV-01195-JLS-SK<br>) Hon. Josephine L. Staton, U.S.D.J.<br>) Hon. Steven Kim, U.S.M.J.<br>)<br>)<br>) |

## NOTICE OF MOTION FOR DOE DISCOVERY

TO: Clerk, All parties of record

PLEASE TAKE NOTICE that, on a date and time to be determined by the Court, Plaintiff Caleb L. McGillvary will move the Court for an ex parte order granting Doe Discovery under Fed. R. Civ. P. 26(f) and issuance of subpoenas under Fed. R. Civ. P. 45

1

Please take further notice that Plaintiff intends to rely on his attached memorandum, declaration, and declaration pursuant to L.R. 7-19 in support of this motion.

A proposed ex parte order is lodged herewith.

Date: 11/7/23

Caleb L. McGillvary
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861



C McGillvary
#1122665/SBI #1023174
NJSP PO Box 861
Trenton, NJ
08625

CLERK
U.S. DIST. CT. - C.D.CA.
255 E. TEMPLE ST. RM 180
LOS ANGELES, CA
90012

