Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861



# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB L. MCGILLVARY<br>    PLAINTIFF<br><br>V.<br><br>NETFLIX, ET AL<br>    DEFENDANTS | ) CIVIL ACTION NO.<br>) 2:22-CV-01195-JLS-SK<br>) Hon. Josephine L. Staton, U.S.D.J.<br>) Hon. Steven Kim, U.S.M.J.<br>)<br>)<br>) |

## EX PARTE ORDER

THIS MATTER having been opened to the Court on motion by Plaintiff Caleb L. McGillvary for ex parte order granting Doe Discovery and issuance of subpoena, and the Court having considered the papers submitted and arguments of parties, and found that the interests of justice so require, and for good cause shown

It is on this ____ day of _____, 20___

ORDERED that Plaintiff's ex parte motion for Doe Discovery and issuance of subpoena is hereby granted; and it is further

ORDERED that the Clerk sign, affix the seal of the Court to, and issue the subpoena attached as Exhibit A to Plaintiff's Declaration in support of his motion; and it is further

ORDERED that Doe Discovery be opened for the limited purposes described in Plaintiff's motion; and it is further

ORDERED that a copy of this order be served by the Clerk upon all parties appearing in this action within 7 days of this order.

_____<br>
Hon. Josephine L. Staton, U.S.D.J.<br>
Hon. Steve Kim, U.S.M.J.