Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861



UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB L. MCGILLVARY<br>    PLAINTIFF<br><br>V.<br><br>NETFLIX, ET AL<br>    DEFENDANTS | ) CIVIL ACTION NO.<br>) 2:22-CV-01195-JLS-SK<br>) Hon. Josephine L. Staton, U.S.D.J.<br>) Hon. Steven Kim, U.S.M.J.<br>)<br>)<br>) |

## DECLARATION PURSUANT TO L.R. 7-19

I, Caleb L. McGillvary, hereby declare pursuant to 28 U.S.C. 1746 the following:

1.) I am the pro se plaintiff in the above-captioned matter.

2.) None of the captioned defendants have entered an appearance in this matter, so I have no idea who their counsel is. I have made, and continue to make, good faith efforts to effect process upon them, and

1

thereafter to advise them of the date and substance of my ex parte motion for Doe Discovery and issuance of subpoena

3.) I make this declaration pursuant to L.R. 7-19.1

I declare under penalty of perjury that the documents attached hereto are true copies of the originals.

I declare under penalty of perjury that the foregoing statements are true and accurate.

Dated: 11/7/23

*[signature]*

Caleb L. McGillvary
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861