Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861



# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB L. MCGILLVARY<br>  PLAINTIFF<br><br>V.<br><br>NETFLIX, ET AL<br>  DEFENDANTS | ) CIVIL ACTION NO.<br>) 2:22-CV-01195-JLS-SK<br>) Hon. Josephine L. Staton, U.S.D.J.<br>) Hon. Steven Kim, U.S.M.J.<br>)<br>)<br>) |

## DECLARATION OF SERVICE

I, the Undersigned, hereby certify and declare pursuant to 28 USCS §1746 as follows:

1.) I am the pro se plaintiff in the above-captioned matter

2.) I declare that on this date, using the established prison mailing procedure, I have placed in the hands of correctional officers at the New Jersey State Prison at 600 Cass St, Trenton, NJ, 08625-0861, where I am currently incarcerated;

1

the original of my notice, memorandum, proposed order, declaration pursuant to L.R. 7-19 and declaration in support of my motion for doe discovery with first class postage prepaid to be sent via US Postal Service regular mail to the Clerk of the District Court at the US Courthouse, 255 E. TEMPLE ST. RM 180, LOS ANGELES, CA 90012;

3.) I invoke the Prison Mailbox Rule.

I declare under penalty of perjury that the foregoing statements are true and accurate.

Dated: 11/7/23

Caleb L. McGillvary
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861