UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caleb L. McGillvary <br><br> PLAINTIFF(S) <br> v. <br> Netflix, Inc. et al <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:23-cv-01195-JLS-SK <br><br> **NOTICE OF SERVICE PURSUANT TO LOCAL RULE 4-5** |

NOTICE: On December 18th, 2023, the Clerk's Office received documents from Caleb L. McGillvary for service on Netflix, Inc. et al pursuant to Local Rule 4-5. These documents were:

Deposited for Service by the undersigned Deputy Clerk :
on _____
using ☐ U.S. Postal Service ☐ FedEx ☐ DHL ☐ Other: _____
as requested in Dkt # _____
to [name and address]:

☑ Not deposited for Service, because [check applicable boxes below]:
  ☐ No Request for Service was filed (L.R. 4-5).
  ☑ The Request for Service, Dkt #: _____ did not comply with L.R. 4-5, in that:
    ☐ No authority for service was cited.
    ☑ The authority cited does not provide for service to be made by the Clerk.
    ☑ No declaration was provided.
  ☑ No addressed envelope was provided.
  ☐ Insufficient postage was provided.
  ☐ The address provided is within a country that has objected to the service of process by mail under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

Dated: 12/26/2023        By: A. Shadkamyan (213)894-3863
                         Deputy Clerk

NOTE: If the documents provided were not deposited for service, the Clerk's Office will retain the documents for 14 days. If the party requesting service does not arrange for the documents to be picked up within that time, the documents will be destroyed.

CV-141 (06/22)        NOTICE OF SERVICE PURSUANT TO LOCAL RULE 4-5