Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625



**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Caleb L. McGillvary<br>  PLAINTIFF<br><br>V.<br><br>NETFLIX et al.<br>  DEFENDANTS | CIVIL ACTION NO.<br>2:23-cv-01195-JLS-SK<br>Hon. Josephine L. Staton, USDJ<br>Hon. Steve Kim, USMJ<br>Motion Date: To be determined<br>by the Court |

**ORDER ON MOTION TO DISPENSE WITH SERVICE OF PLEADINGS
AND OTHER PAPERS Fed. R.Civ.P.5(c)(1)**

The motion of Caleb L. McGillvary was submitted on _____.
Caleb L. McGillvary sought, pursuant to the authority of Rule 5(c) of the Federal Rules of Civil Procedure, an order dispensing with service of defensive pleadings and other papers among the defendants, an order deeming all crossclaims, counterclaims, and affirmative defenses denied, and an order deeming filing with the court and service on the plaintiff as service on all defendants. The court has considered the motion, the authorities cited, and the argument of counsel and, being fully advised,

IT IS ORDERED that:

1. The motion is GRANTED;

2. Service of the pleadings and other papers of the defendants and replies to those pleadings and other papers, if any, need not be made as between the defendants.

3. Any crossclaim, counterclaim, or matter constituting an avoidance or affirmative defense is deemed denied or avoided by all other parties, including the plaintiff.

4. The filing of any of these types of pleadings and other papers and service of these defensive pleadings and other papers on the plaintiff shall constitute notice of it to all of the other parties.

1

-5. That the electronic notice of filing by the Clerk shall constitute service on all parties except Plaintiff, or those appearing pro se, and that service by mail is dispensed with for all parties but Plaintiff and those appearing pro se.

6. the Clerk and/or U.S. Marshal shall serve a copy of this order on all parties to this action, by mail, to the offices of the respective attorneys of record for the parties as authorized by Rule 5(b) of the Federal Rules of Civil Procedure and will do so forthwith.

7. The Clerk and/or U.S. Marshal shall file a copy of this Order with a Certificate of Service attached that shows compliance with paragraphs 4 and 5 of this Order no later than _____ [date].

Dated: _____

                                                      Hon. Josephine L. Staton
                                         UNITED STATES DISTRICT JUDGE



C MCGILLVARY
#1120665/SBI#1023176
NJSP PO Box 861
TRENTON, NJ
08625

CLERK
U.S.D.C. - C.D.Ca.
U.S. COURTHOUSE
Room 180
255 E. TEMPLE ST.
LOS ANGELES, CA
90012

LEGAL MAIL

LEGAL MAIL