Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

```
                        FILED
              CLERK, U.S. DISTRICT COURT
                    JAN - 3 2024
              CENTRAL DISTRICT OF CALIFORNIA
              BY                    DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caleb L. McGillvary<br>PLAINTIFF<br><br>V.<br><br>Netflix et al<br>DEFENDANTS | CIVIL ACTION NO.<br>2:23-cv-01195-JLS-SK<br>Hon. Josephine L. Staton, USDJ<br>Hon. Steve Kim, USMJ<br>Motion Date: To be determined<br>by the Court |

WRITTEN OBJECTION TO MAGISTRATE'S ORDER

Plaintiff Caleb L. McGillvary ("Plaintiff") hereby objects to the Magistrte's December 4, 2023 order:

1.) I object to the finding that "there is no valid, credible, or persuasive reason why such information cannot be sought and obtained in the ordinary course of party discovery after Raw TV has been served with the complaint and appears in this action"; for all the reasons given in my memorandum and declaration in support of this motion.

Respectfully Submitted,

Date: 12/18/23

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

PROOF OF SERVICE

I, Caleb L. McGIllvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; my written objection to the Magistrate's Decemeber 14, 2023 Order to the Clerk of the District Court at USDC-CDCA US Courthouse 255 E. Temple St. Rm 180 Los Angeles, CA 90012 for filing; and no defendant has yet appeared in this case to my knowledge and belief for service, or at least I have not yet received notice thereof so believe in good faith,

I hereby invoke the prison mailbox rule.

I declare under penalty of perjury that the foregoing statements made by me are true and accurate.
Executed this 18th Day of DECEMBER, 2023

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

DECEMBER 18, 2023

Clerk, US Dist. Ct. - CDCA
US Courthouse
255 E. Temple St., Rm 180
Los Angeles, CA 90012

    RE: McGillvary v. Netflix et al
    Civil Action No. 2:23-cv-01195-JLS-SK
    Hon. Josephine L. Staton, U.S.D.J.
    Hon. Steve Kim, U.S.M.J.

Dear Clerk;
    Please find enclosed and file onto the docket my written objection to the Magistrate's December 14, 2023 order; with my proof of service thereof; in the above-captioned matter.

                                            Kind Regards,

                                            Caleb L. McGillvary
                                            In Propria Persona

ENCL:
CC: FILE

C. McGillvray
#122665/SBI #1023176
NJSP PO Box 861
Trenton, NJ
08625

Clerk
USDC CDCA
US Court House Rm 180
255 E. Temple St,
Los Angeles, CA
90012

TRENTON NJ 085
28 DEC 2023 PM 3 L

RECEIVED U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CLERK, U.S. DISTRICT COURT
JAN - 3 2024
BY: DEPUTY

90012-333299

LEGAL MAIL