

FILED
CLERK, U.S. DISTRICT COURT

FEB - 5 2024

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caleb L. McGillvary ) | CIVIL ACTION NO. |
| PLAINTIFF ) | 2:23-cv-01195-JLS-SK |
| ) | Hon. Josephine L. Staton, USDJ |
| V. ) | Hon. Steve Kim, USMJ |
| ) | Motion Date: To be determined |
| Netflix et al ) | by the Court |
| DEFENDANT ) | |

DECLARATION IN SUPPORT OF RENOTICE OF MOTION TO DISPENSE
WITH SERVICE UNDER RULE 5(c)

I, Caleb L. McGillvary, hereby declare pursuant to 28 U.S.C. 1746 the following:

1.) I am the pro se plaintiff in the above-captioned matter.

2.) On December 18, 2023, I placed my notice, declaration, memorandum, and proposed order in support of my motion to dispense with service under Fed. R. Civ. P. 5(c) into the institutional mailing system where I'm incarcerated at NJ State Prison, with attached proof of filing pursuant to the prison mailbox rule. As of that date, no party other than myself had yet appeared in this action.

3.) In the intervening time between December 18, 2023 and today's date, appearances have been entered on behalf of certain Defendants by Howard M. Rupp, Cydney Swofford Freeman, Scott

1

C. Hawkins, and Matthew S. L. Cate.

    4.) A copy of my postage remits, which I signed and which was witnessed by a correctional officer, showing that I placed my motion referred to in "2" into the institutional mailing system addresed to the Clerk, Hon. Josephine L. Staton, USDJ, and Hon. Steve Kim, USMJ; are attached hereto as Exhibit A.

    5.) For all the foregoing reasons, and for all the reasons in my attached motion, I request in good faith that the Court should allow this renotice and proof of service of my motion under Rule 5(c) nunc pro tunc; and should allow all of my motions filed after my December 18, 2023 motion under Rule 5(c) to proceed with service thereof to be effected by the Clerk's electronic notice upon CM/ECF participant parties and by US Mail for self-representing parties, such as myself.

I declare under penalty of perjury that the foregoing statements are true and accurate.
Executed this 24 day of JANUARY, 2024

Date: 1/24/24

                                  Caleb L. McGillvary, ProSe
                                   #1222665/SBI#102317GNJSP
                                   PO Box 861, Trenton, NJ08625

EXHIBIT A

| | | |
|---|---|---|
| CO-30 A | NEW JERSEY STATE PRISON | Rev. 3/1/21 |
| | POSTAGE REMIT | |

DATE: 12/18/23  LOCATION: 6R 8

SBI NUMBER: 1023176

INMATE NAME: CAUAS MCGILLVARY

INMATE SIGNATURE: [signature]

TO: BUSINESS MANAGER   DATE MAILED: _____

(✓) Check Appropriate Box(s)

| | | |
|---|---|---|
| | Legal Postage | $ 0 |
| | Certified Cert. # | |
| | Return Receipt Requested | |
| ✓ | Postage Affixed; **SEND DIRECT** Legal Postage Only **TO MAILROOM** | |
| | Regular Postage   or   UPS   Property | |
| | Additional Insurance Amount $ | |
| | No Postage Inter Office Mail | |
| Weight of Mail/Property | | Total Postage and Fees $ 0 |

SENT TO: HON. JOSEPHINE L. STATON, USDJ

ADDRESS: PRINT CTRM 8A 350 W. FIRST ST,
LOS ANGELES, CA 90012

WITNESS: _____   APPROVED BY:
SIGNATURE: PRINT [signature]

CHECK# _____   DATE: 12-27-23

| CO-30 A | NEW JERSEY STATE PRISON | Rev. 3/1/21 |
|---|---|---|
| | **POSTAGE REMIT** | |

DATE: 12/18/23    LOCATION: 6R8
SBI NUMBER: 1023176
INMATE NAME: CALEB M CGILLVARY
INMATE SIGNATURE: [signed]

TO: BUSINESS MANAGER    DATE MAILED: _____
(✓) Check Appropriate Box(s)

| | | |
|---|---|---|
| | Legal Postage | $ 0 |
| | Certified Cert. # | |
| | Return Receipt Requested | |
| ✓ | Postage Affixed; **SEND DIRECT** Legal Postage Only **TO MAILROOM** | |
| | Regular Postage or UPS Property | |
| | Additional Insurance Amount $ | |
| | No Postage Inter Office Mail | |
| Weight of Mail/Property | | Total Postage and Fees $ 0 |

SENT TO: CLERK, USDC - CDCA
ADDRESS: PRINT RM 180 255 E. TEMPLE ST,
LOS ANGELES, CA 90012

WITNESS: [signed]    APPROVED BY:
SIGNATURE: PRINT

CHECK#    DATE: 12.27.23

| CO-30 A | NEW JERSEY STATE PRISON | Rev. 3/1/21 |
|---|---|---|
| | **POSTAGE REMIT** | |

DATE: 12/18/23  LOCATION: 6R8D
SBI NUMBER: 1023176
INMATE NAME: CALEB B. MCGILLVARY
INMATE SIGNATURE: [signed]

TO: BUSINESS MANAGER          DATE MAILED: _____

(✓) Check Appropriate Box (s)

| | | |
|---|---|---|
| | Legal Postage | $ 0 |
| | Certified Cert. # | |
| | Return Receipt Requested | |
| ✓ | Postage Affixed;   **SEND DIRECT** Legal Postage Only  **TO MAILROOM** | |
| | Regular Postage  or  UPS  Property | |
| | Additional Insurance Amount $ | |
| | No Postage Inter Office Mail | |

Weight of Mail/Property | | Total Postage and Fees | $ 0

SENT TO: HON. STEVE KIM, USMJ
ADDRESS: PRINT CT RM 540 255 E. TEMPLE ST,
LOS ANGELES, CA 90012

WITNESS: [signature]                    APPROVED BY:
SIGNATURE: PRINT [signature]

CHECK# _____          DATE: 12-27-23



C. McGill V/M/
#1221665 / SBI #102314
NJSP PO Box 861
Trenton, NJ
08625

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 5 2024
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

7012 0470 0002 1141 1076

CERTIFIED MAIL

Clerk
USDC - CDCA
Office of the Clerk
255 E. Temple St, Rm 180
Los Angeles, CA
90012

Legal Mail

UNITED STATES POSTAGE
$009.17⁰
PITNEY BOWES
02 1P
0000931903
MAILED FROM ZIP CODE 08611
JAN 29 2024

