Elizabeth L. Schilken (SBN 241231)
schilkene@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel: 424.204.4400 / Fax: 424.204.4350

[*Additional Counsel on Signature Page*]

*Attorneys for Defendant Sinclair Television of Fresno, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CALEB L. MCGILLVARY,

Plaintiff,

v.

NETFLIX, *et al.*,

Defendants.

Case No. 2:23-cv-01195-JLS-SK

Hon. Josephine L. Staton

**Defendant Sinclair Television of Fresno, LLC's Notice of Lodging in Support of Motion to Dismiss Plaintiff's First Amended Complaint**

Hearing Date: March 29, 2024
Hearing Time: 10:30 a.m.

Pursuant to Local Rules 5-4.2(b)(1) and 11-5.1, Defendant Sinclair Television of Fresno, LLC ("KMPH"), incorrectly sued as KMPH Fox News, hereby lodges in support of its Motion to Dismiss Plaintiff's First Amended Complaint ("Motion") the following USB drive containing:

1. **Exhibit 1** to the Declaration of Matthew S.L. Cate ("Cate Declaration"), a true and correct copy of a work at issue in this litigation, a video recording posted to YouTube at https://www.youtube.com/watch?v=-Xa0NfCdLk4.

2. **Exhibit 2** to the Cate Declaration, a true and correct copy of a work at issue in this litigation, a video recording posted to YouTube at https://www.youtube.com/watch?v=16oUKdOUstU.

3. **Exhibit 3** to the Cate Declaration, a true and correct copy of a work at issue in this litigation, a video recording posted to YouTube at https://www.youtube.com/watch?v=BrpVI05whIg.

4. **Exhibit 4** to the Cate Declaration, a true and correct copy of a work at issue in this litigation, a video recording posted to YouTube at https://www.youtube.com/watch?v=sDxKp22hmBY.

The USB drive is encrypted. It may be access with the password: *Blue2029!*.

[*signature block on following page*]

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Dated: February 16, 2024

**BALLARD SPAHR LLP**

By: */s/Matthew S.L. Cate*

Elizabeth L. Schilken
schilkene@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel: 424.204.4400 / Fax: 424.204.4350

Chad R. Bowman (*pro hac vice*)
bowmanc@ballardspahr.com
Matthew S.L. Cate (SBN 295546)
catem@ballardspahr.com
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Tel: 202.661.2200 / Fax: 202.661.2299

Thomas B. Sullivan (*pro hac vice*)
sullivant@ballardspahr.com
1675 Broadway, 19th Floor
New York, NY 10019
Tel: 212.850.6139 / Fax: 212.223.1942

*Attorneys for Defendant*
*Sinclair Television of Fresno, LLC*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to this action. My business address is Ballard Spahr LLP, 1909 K Street, NW, 12th Floor, Washington, D.C., 20006-1157.

On February 16, 2024, I electronically filed the foregoing **Defendant Sinclair Television of Fresno, LLC's Notice of Lodging in Support of Motion to Dismiss Plaintiff's First Amended Complaint** with the Court through its CM/ECF system, which will provide notice to counsel of record in this case, and I caused the same to be served, accompanied by a copy of the thumb drive, via U.S. Mail to:

Caleb L. McGillvary
#1222665/SBI #102317G
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

The videos comprising Exhibits 1-4 to the Cate Declaration will also be provided to counsel of record.

Dated: February 16, 2024

*/s/ Matthew S.L. Cate*
Matthew S.L. Cate