Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625



UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caleb L. McGillvary<br>    PLAINTIFF<br><br>V.<br><br>Netflix et al<br>    DEFENDANT | ) <br>) CIVIL ACTION NO.<br>) 2:23-cv-01195-JLS-SK<br>) Hon. Josephine L. Staton, USDJ<br>) Hon. Steve Kim, USMJ<br>) Motion Date: To be determined<br>) by the Court<br>) |

NOTICE OF MOTION TO ADD PARTY (Fed. R. Civ. P. 21)

TO: CLERK, ALL CAPTIONED PARTIES

Please take notice that, on a date and time to be determined by the Court, Plaintiff Caleb L. McGillvary ("Plaintiff") hereby moves the Court pursuant to Rule 21 of the Federal Rules of Civil Procedure for an order making Sinclair Television Group, Inc.; Sinclair Broadcast Group, LLC; Sinclair, Inc.; and VIUMBE, LLC; party Defendants in this action.

As grounds for this motion, Plaintiff relies' upon his attached motion and the declaration in support of this motion.

A proposed form of order is lodged herewith

Date: 2/8/24

　　　　　　　　　　　　　　　　　　Caleb L. McGillvary, Pro Se
　　　　　　　　　　　　　　　　　　#1222665/SBI#102317G NJSP
　　　　　　　　　　　　　　　　　　PO Box 861 Trenton, NJ
　　　　　　　　　　　　　　　　　　　　　　　　　　08625-0861

CLERK
U.S. DIST. CT., C.D. CA
OFFICE OF THE CLERK
255 E. TEMPLE ST. RM 180
LOS ANGELES, CA
90012



RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 20 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



7004 1350 0004 0477 9007

CERTIFIED MAIL



UNITED STATES POSTAL SERVICE
PITNEY BOWES
02 1P  $ 010.640
0000931003  FEB 13 2024
MAILED FROM ZIP CODE 08611

McGinnary
1227665/585/5992221#1023176
1558 9 box 861
TRENTON, NJ
98625

