Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625



UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caleb L. McGillvary<br>　　PLAINTIFF<br><br>V.<br><br>Netflix et al<br>　　DEFENDANT | ) CIVIL ACTION NO.<br>) 2:23-cv-01195-JLS-SK<br>) Hon. Josephine L. Staton, USDJ<br>) Hon. Steve Kim, USMJ<br>) Motion Date: To be determined<br>) by the Court<br>) |

ORDER

THIS MATTER having been opened to the Court on motion by Plaintiff Caleb L. McGillvary pursuant to Rule 21 of the Federal Rules of Civil Procedure for an order making Sinclair Television Group, Inc.; Sinclair Broadcast Group, LLC; Sinclair, Inc.; and VIUMBE, LLC; party Defendants in this action, and the Court having considered the papers submitted and the arguments therein, and FOR GOOD CAUSE SHOWN

It is on this ___ Day of _____, 20___

ORDERED that Plaintiff's motion is hereby GRANTED; and it is further

ORDERED that Sinclair Television of Fresno, LLC is hereby substituted for KMPH Fox News as party Defendant in this action; and it is further

ORDERED that a copy of this order be served upon all parties appearing in this matter within 7 days of this order

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Josephine L. Staton, U.S.D.J.





CLERK
U.S. DIST. CT, C.D. CA
OFFICE OF THE CLERK
255 E TEMPLE ST, RM 180
LOS ANGELES, CA
90012

7004 1350 0004 0477 9001

CERTIFIED MAIL

McGinney
1222665/581#1023174
1558 9 box 861
TRENTON, NJ
08625

LEGAL MAIL