Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

FEBRUARY 20, 2024

Hon. Josephine L. Staton, U.S.D.J.
Hon. Steve Kim, U.S.M.J.
US Courthouse
350 W. First St.
Los Angeles, CA 90012



RE: McGillvary v. Netflix et al
Civil Action No. 2:23-cv-01195-JLS-SK

Dear Honorable Judges;

Please accept this letter to the Court renewing my 2/8/24 motion for an order granting a stay of Defendants' pending demurrers pursuant to Rule 83(b) pending disposition of Plaintiff's motion for leave to amend; or in the alternative for extension of time to respond pursuant to Rule 6(b) in the above-captioned matter. Please renew my February 8, 2024 motion to stay demurrer or in the alternative for an extension of time, and note that it refers to the demurrers styled as motions to dismiss and motions to strike in ECF 126, 127, 129, 131, and 132. These will be moot if my motion for leave to file a Second Amended Complaint is granted.

Respectfully submitted,

Caleb L. McGillvary
In Propria Persona

ENCL:
CC: FILE

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

FEBRUARY 20, 2024

Clerk, US Dist. Ct. - CDCA
US Courthouse
255 E. Temple St., Rm 180
Los Angeles, CA 90012

    RE: McGillvary v. Netflix et al
    Civil Action No. 2:23-cv-01195-JLS-SK
    Hon. Josephine L. Staton, U.S.D.J.
    Hon. Steve Kim, U.S.M.J.

Dear Clerk;

    Please find enclosed and file onto the docket, and note that it refers to the demurrers styled as motions to dismiss and motions to strike in ECF 126, 127, 129, 131, and 132, my letter to the Court renewing my 2/8/24 motion for an order granting a stay of Defendants' pending demurrers pursuant to Rule 83(b) pending disposition of Plaintiff's motion for leave to amend; or in the alternative for extension of time to respond pursuant to Rule 6(b); and proof of service thereof; in the above-captioned matter.

                                        Kind Regards,

                                        Caleb L. McGillvary
                                        In Propria Persona

ENCL:
CC: FILE

PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the original of my letter to the Court renewing my February 8, 2024 motion for stay of demurrers filed at , and note that it refers to the demurrers styled as motions to dismiss and motions to strike in ECF 126, 127, 129, 131, and 132; or in the alternative, for extension of time to respond to them; to the Clerk of the Court at USDC-CDCA 255 E. Temple St. Rm 180 Los Angeles, CA 90012; and, pursuant to this Court's 1/25/24 Order, ECF 94, and L.R. 5-3.2, have relied upon the Clerk to send by notice of electronic filing a copy of each said document to Counsel for Defendnats Scott C. Hawkins at 2220 Tulare St., 5th Floor Fresno, CA 93721, Matthew S.L. Cate at 1909 K St. NW, 12th Floor Washington, DC 20006-1157, Howard M. Rupp at 615 N. Paulina Ave Redondo Beach, CA 90277, and Cydney Swofford Freeman at 865 S. Figueroa St., 24th Floor Los Angeles, CA 90017-2566. I further declare that no other Defendants have yet appeared in this matter, to my knowledge.
I hereby invoke the prison mailbox rule.
I declare under penalty of perjury that the foregoing statements made by me are true and accurate.
Executed this 20th Day of FEBRUARY, 2024

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861



C MCGILLVARY
#122665/SBI #1623174
NJSP PO Box 861
TRENTON, NJ
08625

CLERK,
US DIST. CT. - C.D. CA
OFFICE OF THE CLERK
255 E. TEMPLE ST, RM 180
LOS ANGELES, CA
90012
90012-339299

LEGAL MAIL