NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

James C. Eschen
State Bar No. 117010
55 River Street
Santa Cruz, CA 95060-4567

(831) 458-0502 x129

ATTORNEY(S) FOR: Defendants Fulton 55 and Tony Martin

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caleb L. McGillvary<br><br>Plaintiff(s),<br>v.<br>Netflix, Inc., et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:23-cv-01195-JLS-SK<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Fulton 55, LLC and Tony Martin_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Fulton 55, LLC | Jaime Gonzalez, sole member |
| Tony Martin | None |

February 28, 2024                          /s/ James C. Eschen
Date                                       Signature

Attorney of record for (or name of party appearing in pro per):

James C. Eschen