# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB L. MCGILLVARY<br><br>Plaintiff(s),<br><br>v.<br><br>NETFLIX, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cv–01195–JLS–SK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:     2/28/2024

Document No.:    152

Title of Document:    Motion for Joinder in Motion to Strike First Amended Complaint

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Motion hearing set for 4/5/2024 at 10:00 AM., was closed. Please refer to the Courts website at www.cacd.uscourts.gov for available motion dates.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 29, 2024       By: /s/ *Jenny Lam  Jenny_Lam@cacd.uscourts.gov*
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.