UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:23-cv-01195-JLS-SK                                      Date: March 01, 2024
Title:  Caleb L. McGillvary et al v. Netflix, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**   (IN CHAMBERS)  ORDER CONTINUING HEARINGS ON MOTIONS FILED BY DEFENDANTS FULTON 55, LLC, TONY MARTIN, AND BRAD MULCAHY (Docs. 147, 151, 152) TO MAY 10, 2024, AT 10:30 AM

   Before the Court are Defendants Fulton 55, LLC and Tony Martin's motion to dismiss (Doc. 147), and Defendant Brad Mulcahy's motions to dismiss and strike (Docs. 151 & 152).  In accordance with the Court's previous Order (Doc. 153), the hearings on these motions are CONTINUED to **May 10, 2024, at 10:30 am**.

                                                                Initials of Deputy Clerk: cr