1    James C. Eschen
     Cal. Bar No. 117010
2    55 River Street, Suite 100
     Santa Cruz, CA 95060-4567
3    (831) 458-0502 x129

4    Attorney for Defendants Fulton 55, LLC
     and Tony Martin
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   Caleb L. McGillvary,                 No. 2:23-cv-01195-JLS-SK

12        *Plaintiff,*                    **Defendants Fulton 55, LLC and
                                          Tony Martin's Supplemental
13        v.                              Memorandum of Points and
                                          Authorities in Support of Motion to
14   NETFLIX, Inc., et al.,               Dismiss (ECF 147)**

15        *Defendants.*                   Date:      May 10, 2024
                                          Time:      10:30 a.m.
16                                        Dep't:     Courtroom 8A

17

18        Plaintiff Caleb L. McGillvary's second amended complaint (ECF 115-2) does

19   not differ substantially from his first amended complaint (ECF 18). The only new

20   allegations that purportedly affect defendants Fulton 55 and Tony Martin are

21   those alleging that Martin acted as defendant RawTV's agent. As defendant

22   Netflix points out in its supplemental brief, these allegations are nothing but a

23   misguided attempt to bring Defendants' actions under Delaware law. (ECF 159,

24   at 3:1–4:10).

25        The second amended complaint breaks down Plaintiffs' various claims into

26   51 counts. Fulton 55 and Martin will file an amended brief identifying the counts

27   they seek to dismiss and conforming the paragraph and page citations to the

28   second amended complaint.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated: March 4, 2024

*/s/ James C. Eschen*
James C. Eschen
Attorney for defendants Fulton 55
and Tony Martin

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for defendants Fulton 55 and Tony Martin, certifies that this brief contains 111 words, which complies with the word limit of L.R. 11-6.1

Dated:  March 4, 2024

*/s/ James C. Eschen*
James C. Eschen
Attorney for defendants Fulton 55 and
Tony Martin

1

### CERTIFICATE OF SERVICE

2      I hereby certify that on March 4, 2024, a true copy of the foregoing was served

3  on Plaintiff via U.S. Mail to the address provided in his pleadings:

4      Caleb L. McGillvary
       #1222655/SBI#102317G
5      New Jersey State Prison
       P.O. Box 861
6      Trenton, NJ 08625

7

8  Dated: March 4, 2024                    *James C. Eschen*
                                           James C. Eschen
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Fulton 55 and Martin Supplement to Motion to Dismiss