## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| Caleb L. McGillvary et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. | 2:23-cv-01195-JLS-SK |
| Netflix, Inc. et al. <br><br> DEFENDANT(S) | **APPLICATION FOR REFUND OF FEES;** <br> **ORDER THEREON** |

*Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.*

### SECTION I

Name of Applicant:  Howard M. Rupp

Amount Paid:  $ 500

Requested Refund Amount:  $ 500

Document Title and Docket #:  Docket #102 / Pro Hac Vice App

Transaction Date:  January 31, 2024

Receipt Number:
(If paid by cash/check only)

**Reason for refund request:**

[x] Duplicate payment submitted

[ ] Fee paid even though none was required

[ ] Overpayment of a required filing fee

[ ] Pro hac vice application denied (order attached)

[x] Other:

> System mistakenly took 2 online payments for 1 pro hac vice application. Errant receipt attached.

### SECTION II  *(Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.)*

Account Holder Name:  Howard M. Rupp

Pay.gov Tracking ID:  ACACDC-36833553

Agency Tracking ID:

**PLEASE BE ADVISED THAT THE POLICY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES GENERALLY PROHIBITS THE REFUND OF FILING FEES IN ALL BUT LIMITED CIRCUMSTANCES.**
*(GUIDE TO JUDICIARY POLICY, VOL. 4, CHAP. 6, § 650.)*

### For Court Use Only

**Fiscal Department**

[✓] Refund issued.

[ ] Application for refund denied:

    [ ] Application seeks refund of fee that was not paid.

    [ ] Previous court order indicates fee is not to be refunded.

[ ] Application referred to U.S. District/Magistrate Judge for ruling.

Notes:

IT IS ORDERED that the application for refund of fees is:

[ ] GRANTED     [ ] DENIED

_____
United States District/Magistrate Judge

G-124 (11/17)                          APPLICATION FOR REFUND OF FEES; ORDER THEREON

## Marc Rupp

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, January 31, 2024 5:49 PM |
| **To:** | Marc Rupp |
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA CENTRAL DISTRICT COURT |
| **Categories:** | HMRUPP |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: CM/ECF Helpdesk at 213-894-0242.

Account Number: 3021308
Court: CALIFORNIA CENTRAL DISTRICT COURT
Amount: $500.00
Tracking Id: ACACDC-36833553
Approval Code: 077279
Card Number: ************7384
Date/Time: 01/31/2024 08:49:23 ET

NOTE: This is an automated message. Please do not reply