1  James C. Eschen
2  Cal. Bar No. 117010
   55 River Street, Suite 100
3  Santa Cruz, CA 95060-4567
   (831) 458-0502 x129
4
5  Attorney for Defendants Fulton 55, LLC
   and Tony Martin
6
7
8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
11
12 Caleb L. McGillvary,              No. 2:23-cv-01195-JLS-SK
        *Plaintiff*,
13                                   **Defendants Fulton 55 and Tony
        *v.*                         Martin's Notice of Filing Amended
14                                   Memorandum of Points and
   Netflix, Inc., et al.,            Authorities in Support of Motion to
15                                   Dismiss Complaint**
        *Defendants*.
16                                   Date:   May 10, 2024
                                     Time:   10:30 a.m.
17                                   Dep't:  Courtroom 8A

18      To Plaintiff Caleb L. McGillvary and to the Court:

19      Take note that defendants Fulton 55, LLC and Tony Martin are filing the

20 Amended Notice of Motion and Motion to Dismiss the Complaint attached as

21 Exhibit 1. The amended motion raises no new arguments from the ones cited in

22 these defendants' original motion (ECF 147). Instead, it cites paragraph and page

23 numbers that correspond to the ones cited in the Second Amended Complaint

24 (ECF 115-2). Defendants make the amendment for Plaintiff's and the court's

25 convenience because their original motion cited to the then-operative First

26 Amended Complaint (ECF 18).

27      In the amended motion, changed page and paragraph numbers are *italicized*.

28 Additions, all of which associate particular arguments to Plaintiff's recently

   enumerated counts, are underlined.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 24, 2024 | James C. Eschen |
| | | Attorney for defendants Fulton 55, LLC and Tony Martin |

CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2024, a true copy of the foregoing was served on Plaintiff via U.S. Mail to the address provided in his pleadings:

Caleb L. McGillvary
#1222655/SBI#102317G
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

I further certify that I caused a true copy of the foregoing to be served on all defendants' counsel of record via ECF.

Dated: April 24, 2024                    *Sonia Torrez*
                                         Sonia Torrez