James C. Eschen
Cal. Bar No. 117010
55 River Street, Suite 100
Santa Cruz, CA 95060-4567
(831) 458-0502 x129

Attorney for Defendants Fulton 55, LLC
and Tony Martin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caleb L. McGillvary,<br>   *Plaintiff,*<br>v.<br>NETFLIX, Inc., et al.,<br>   *Defendants.* | No. 2:23-cv-01195-JLS-SK<br><br>**Defendants Fulton 55, LLC and Tony Martin's Application to Appear Remotely at Hearing on Motion to Dismiss**<br><br>Date:   May 10, 2024<br>Time:   10:30 a.m.<br>Dep't:   Courtroom 8A |

Defendants Fulton 55 and Tony Martin apply for leave to allow their counsel to appear remotely at the May 10, 2024, hearing on their motion to dismiss (ECF 147). Their counsel lives and practices in Santa Cruz, and appearing in person in this matter will require him to fly out of San José at 6:30 a.m., returning at 3:30 p.m. Besides the cost of the airline ticket, these defendants must pay his fee for the time that he is unable to work on another matter.

Respectfully submitted,

April 24, 2024

/s/*James C. Eschen*
James C. Eschen
Attorney for defendants Fulton 55, LLC and Tony Martin

CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2024, a true copy of the foregoing was served on Plaintiff via U.S. Mail to the address provided in his pleadings:

Caleb L. McGillvary
#1222655/SBI#102317G
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

I further certify that I caused a true copy of the foregoing to be served on all defendants' counsel of record via ECF.

Dated: April 24, 2024          *Sonia Torrez*
                               Sonia Torrez