| | |
|---|---|
| 1 | James C. Eschen |
| 2 | Cal. Bar No. 117010 |
|   | 55 River Street, Suite 100 |
| 3 | Santa Cruz, CA 95060-4567 |
|   | (831) 458-0502 x129 |
| 4 | Attorney for Defendants Fulton 55, LLC |
| 5 | and Tony Martin |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB L. MCGILLVARY, | No. 2:23-cv-01195-JLS-SK |
| *Plaintiff,* | **Defendants Fulton 55 and Tony Martin's Notice of Lodging of Proposed Order** |
| *v.* | |
| NETFLIX, INC., et al., | Date: May 10, 2024 |
| *Defendants.* | Time: 10:30 a.m. |
|  | Dep't: Courtroom 8A |

TO ALL PARTIES AND THEIR ATTORNEYS AND TO THE COURT:

TAKE NOTE that defendants Fulton 55, LLC and Tony Martin have amended and re-lodged the proposed order granting their motion to dismiss (ECF 147). The amended proposed order cites the currently operative second amended complaint (ECF 115-2) instead of the first amended complaint (ECF 18) operative when the motion was filed.

Dated: April 25, 2024

*James C. Eschen*
James C. Eschen
Attorney for defendants Fulton 55, LLC and Tony Martin

CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, a true copy of the foregoing was served on Plaintiff via U.S. Mail to the address provided in his pleadings:

Caleb L. McGillvary
#1222655/SBI#102317G
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

I further certify that I caused a true copy of the foregoing to be served on all defendants' counsel of record via ECF.

Dated: April 25, 2024

*Sonia Torrez*
Sonia Torrez