1  Elizabeth L. Schilken (SBN 241231)
2    schilkene@ballardspahr.com
   **BALLARD SPAHR LLP**
3  2029 Century Park East, Suite 1400
4  Los Angeles, CA  90067-2915
   Tel: 424.204.4400 / Fax: 424.204.4350
5

6  [*Additional Counsel on Signature Page*]

7  *Attorneys for Defendant Sinclair*
8  *Television of Fresno, LLC*

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11

12 CALEB L. MCGILLVARY,                    Case No. 2:23-cv-01195-JLS-SK

13                    Plaintiff,            Hon. Josephine L. Staton

14      v.                                  **Defendant Sinclair Television of**
15 NETFLIX, *et al.*,                       **Fresno, LLC's Application to Appear**
                                            **Remotely at Hearing on Motion to**
16                    Defendants.           **Dismiss**

17
                                            Hearing Date:      May 10, 2024
18                                          Hearing Time:      10:30 a.m.

19

20        Pursuant to the Court's procedures regarding hearings, Defendant Sinclair

21 Television of Fresno, LLC, incorrectly sued as KMPH Fox News ("KMPH")

22 respectfully requests leave for its counsel Thomas B. Sullivan to appear remotely at

23 the hearing scheduled to be held on May 10, 2024 at 10:30 am on, among other

24 pending motions, KMPH's Motion to Dismiss the Second Amended Complaint of

25 Plaintiff Caleb McGillvary ("Motion").

26        KMPH recognizes that under this Court's procedures hearings are to be

27 conducted in person absent extraordinary circumstances. KMPH respectfully

28 submits that such circumstances exist here. Plaintiff, who is proceeding *pro se*, is

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

1  currently incarcerated in the state of New Jersey. If he is able to participate in the

2  May 10 hearing at all, he will be required to do so remotely. KMPH's lead counsel,

3  who lives in New Jersey and works in New York, would be required to leave the

4  East Coast on May 9, stay overnight, and then fly back following the May 10

5  conference to participate in person in a hearing at which the Plaintiff will appear, if

6  at all, via telephone or Zoom. Sullivan Decl. ¶ 5. Counsel for two other Defendants

7  have previously applied for permission to appear remotely. ECF Nos. 181, 184.

8        Moreover, it is not clear that Plaintiff will meaningfully oppose the Motion at

9  the hearing. Plaintiff's deadline to file an opposition to the Motion was April 19,

10  2024. *See* February 28, 2024, Order (ECF No. 153) at 2. Sullivan Decl. ¶ 3. No

11  opposition has been filed.[1] *Id*. Plaintiff has instead moved for leave to file a *fourth*

12  version of his complaint, though no hearing date was requested on that motion.

13        Accordingly, KMPH respectfully requests that its counsel be allowed to

14  participate in the May 10, 2024 hearing by Zoom or telephone.

15

16                    [*signature block on next page*]

17

18

19

20

21

22

23

24

25

---

26  [1] KMPH recognizes that the Court's receipt of Plaintiff's submissions has often been

27  delayed by more than two weeks from mailing. *See, e.g.*, ECF No. 174. Therefore, it
is possible that an opposition is still forthcoming.  However, no such papers have

28  been filed to date.

Defendant KMPH's Application to Appear Remotely

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

1

2   Dated: April 29, 2024            **BALLARD SPAHR LLP**

3                                    By: */s/Matthew S.L. Cate*

4                                         Elizabeth L. Schilken
                                            schilkene@ballardspahr.com
5                                         2029 Century Park East, Suite 1400
                                          Los Angeles, CA  90067-2915
6                                         Tel: 424.204.4400 / Fax: 424.204.4350

7

8                                         Chad R. Bowman (*pro hac vice*)
                                            bowmanchad@ballardspahr.com
9                                         Matthew S.L. Cate (SBN 295546)
                                            catem@ballardspahr.com
10                                        1909 K Street, NW, 12th Floor
                                          Washington, DC 20006-1157
11                                        Tel: 202.661.2200 / Fax: 202.661.2299

12

13                                        Thomas B. Sullivan (*pro hac vice*)
                                            sullivant@ballardspahr.com
14                                        1675 Broadway, 19th Floor
                                          New York, NY 10019
15                                        Tel: 212.850.6139 / Fax: 212.223.1942

16

17                                        *Attorneys for Defendant*
                                          *Sinclair Television of Fresno, LLC*
18

19

20

21

22

23

24

25

26

27

28

Defendant KMPH's Application to Appear Remotely

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to this action. My business address is Ballard Spahr LLP, 1909 K Street, NW, 12th Floor, Washington, D.C., 20006-1157.

On April 29, 2024, I electronically filed the foregoing **Defendant Sinclair Television of Fresno, LLC's Application to Appear Remotely at Hearing on Motion to Dismiss** with the Court through its CM/ECF system, which will provide notice to counsel of record in this case, and I caused the same to be served via U.S. Mail to:

> Caleb L. McGillvary
> #1222665/SBI #102317G
> New Jersey State Prison
> P.O. Box 861
> Trenton, NJ 08625

Dated: April 29, 2024                    */s/ Matthew S.L. Cate*
                                           Matthew S.L. Cate

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Proof of Service