Elizabeth L. Schilken (SBN 241231)
  schilkene@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel: 424.204.4400 / Fax: 424.204.4350

[*Additional Counsel on Signature Page*]

*Attorneys for Defendant Sinclair Television of Fresno, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB L. MCGILLVARY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NETFLIX, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01195-JLS-SK<br><br>Hon. Josephine L. Staton<br><br>**Defendant Sinclair Television of Fresno, LLC's Application to Appear Remotely at Hearing on Motion to Dismiss**<br><br>Hearing Date:　June 14, 2024<br>Hearing Time:　10:30 a.m. |

Pursuant to the Court's procedures regarding hearings, Defendant Sinclair Television of Fresno, LLC, incorrectly sued as KMPH Fox News ("KMPH") respectfully requests leave for its counsel Thomas B. Sullivan to appear remotely at the hearing scheduled to be held on June 14, 2024 at 10:30 am on, among other pending motions, KMPH's Motion to Dismiss the Second Amended Complaint of Plaintiff Caleb McGillvary ("Motion").

KMPH recognizes that under this Court's procedures hearings are to be conducted in person absent extraordinary circumstances. KMPH respectfully submits that such circumstances exist here. Plaintiff, who is proceeding *pro se*, is

currently incarcerated in the state of New Jersey. If he is able to participate in the June 14 hearing at all, he will be required to do so remotely. KMPH's lead counsel, who lives in New Jersey and works in New York, would be required to leave the East Coast on June 13, stay overnight, and then fly back following the June 14 conference to participate in person in a hearing at which the Plaintiff will appear, if at all, via telephone or Zoom. Sullivan Decl. ¶ 5. Counsel for two other Defendants previously applied for permission to appear remotely at the hearing when it was set for May 10, with both making renewed requests after the hearings were rescheduled to June 14. ECF Nos. 181, 184, 208, 217.

Accordingly, KMPH respectfully requests that its counsel be allowed to participate in the June 14, 2024 hearing by Zoom or telephone.

[*signature block on next page*]

Dated: May 31, 2024

**BALLARD SPAHR LLP**

By: */s/Matthew S.L. Cate*
Elizabeth L. Schilken
  schilkene@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Tel: 424.204.4400 / Fax: 424.204.4350

Chad R. Bowman (*pro hac vice*)
  bowmanchad@ballardspahr.com
Matthew S.L. Cate (SBN 295546)
  catem@ballardspahr.com
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Tel: 202.661.2200 / Fax: 202.661.2299

Thomas B. Sullivan (*pro hac vice*)
  sullivant@ballardspahr.com
1675 Broadway, 19th Floor
New York, NY 10019
Tel: 212.850.6139 / Fax: 212.223.1942

*Attorneys for Defendant*
*Sinclair Television of Fresno, LLC*

# PROOF OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to this action. My business address is Ballard Spahr LLP, 1909 K Street, NW, 12th Floor, Washington, D.C., 20006-1157.

On May 31, 2024, I electronically filed the foregoing **Defendant Sinclair Television of Fresno, LLC's Application to Appear Remotely at Hearing on Motion to Dismiss** with the Court through its CM/ECF system, which will provide notice to counsel of record in this case, and I caused the same to be served via U.S. Mail to:

>Caleb L. McGillvary
>#1222665/SBI #102317G
>New Jersey State Prison
>P.O. Box 861
>Trenton, NJ 08625

Dated: May 31, 2024                               */s/ Matthew S.L. Cate*
                                                                  Matthew S.L. Cate

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Proof of Service