1  NICOLAS A. JAMPOL (State Bar No. 244867)
    nicolasjampol@dwt.com
2  CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
    cydneyfreeman@dwt.com
3  SARAH E. BURNS (State Bar. 324466)
    sarahburns@dwt.com
4  SAMUEL A. TURNER (State Bar No. 338089)
    samturner@dwt.com
5  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
6  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800
7  Fax:  (213) 633-6899

8  Attorneys for Defendant
   NETFLIX, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALEB L. MCGILLVARY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NETFLIX, BUNIM-MURRAY PRODUCTIONS, JIMMY KIMMEL LIVE!, KMPH FOX NEWS, EBAUMSWORLD, FULTON 55, RAWTV, COLETTE CAMDEN, BRAD MULCAHY, ALEX AGUIRRE, CARTER HARRIS, JEFF STRICKER, GABRIEL SANCHEZ, TONY MARTIN, LISA SAMSKY, JENSEN RUFE, SALLY BRINDLE, ROB MILLER, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01195-JLS-SK<br><br>**DECLARATION OF CYDNEY SWOFFORD FREEMAN** |

## **DECLARATION OF CYDNEY SWOFFORD FREEMAN**

I, Cydney Swofford Freeman, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am counsel at the law firm of Davis Wright Tremaine LLP ("DWT"), and I am one of the attorneys representing defendant Netflix, Inc. ("Netflix") in this matter. If called to testify, I could and would competently testify to these facts.

2. DWT is a national law firm of more than 500 lawyers, with its largest office in Seattle, Washington. For more than 25 years, its Los Angeles office has been well-known for its work in media and First Amendment law. The firm also is known and recognized nationally for its media and First Amendment litigation practice.

3. Netflix has been represented in this matter by DWT partner Nicolas Jampol, associates Sarah Burns and Samuel Turner, and myself. I have reviewed DWT's invoices for work on this case. The following chart reflects the billing rates for the DWT lawyers who represented Netflix in the proceedings at issue in the Fee Motion:

| **Name** | **Title** | **Rate Charged** |
|---|---|---|
| Nicolas Jampol | Partner | $833 |
| Cydney Freeman | Counsel | $693 |
| Sarah Burns | Associate | $616 |
| Samuel Turner | Associate | $480 |

4. The columns labeled "Rate Charged" shows the rates that DWT actually billed in this matter, pursuant to a negotiated discount. Netflix only seeks reimbursement in this Fee Motion using these heavily discounted rates.

5. I am familiar with rates charged by other firms in Southern California for the services of attorneys who specialize in media and First Amendment

1
DECLARATION OF CYDNEY SWOFFORD FREEMAN

litigation, and based on my knowledge of the legal market, the rates charged in this matter are well within the range of rates charged by other comparable firms. These rates are particularly reasonable in light of the respective professionals' experience, skills, and reputations:

- **Nicolas Jampol** is a media and entertainment partner in DWT's Los Angeles office. Mr. Jampol was recognized by *Variety*'s 2024 Legal Impact Report as one of Hollywood's top entertainment lawyers.[1]

- **Cydney Swofford Freeman** is a media and entertainment counsel in DWT's Los Angeles office. Ms. Freeman was named a Law360 "Rising Star" for media and entertainment law in 2023;[2] she routinely litigates and counsels clients on copyright, trademark, First Amendment, and other media matters.

- **Sarah Burns** is a senior media and entertainment associate in DWT's San Francisco office. She frequently works on a variety of media, entertainment, and intellectual property matters.

- **Sam Turner** is a media and entertainment associate in DWT's Los Angeles office. He frequently works on a variety of media, entertainment, and intellectual property matters and clerked for two federal judges.

6.  DWT's hourly rates are also appropriate given its highly sought-after and award winning media litigation practice. In 2022, for the tenth consecutive year, DWT was named "Law Firm of the Year" by Best Lawyers and U.S. News in the areas of media, entertainment, copyright, and First Amendment. Law360 has named DWT's Media and Entertainment group its Practice Group of the Year seven out of the past eight years. *See* https://www.dwt.com/about/news/2024/02/media-law360-poty. DWT is also recognized by Chambers USA Nationwide as a "Band

---

[1] *See* https://variety.com/lists/legal-impact-report-2024-hollywood-top-attorneys/.

[2] *See* https://www.law360.com/articles/1684314/rising-star-davis-wright-s-cydney-swofford-freeman.

"1" firm in both the Media & Entertainment: First Amendment Litigation and in the Media & Entertainment categories in New York, California, and Washington, D.C.

7. I have personally reviewed DWT's billing records in this matter. Attached as **Exhibit A** is a true and correct copy of the daily time entries from each DWT timekeeper, with descriptions of the work performed by each professional on each day. These entries have been redacted to remove entries for which Defendants do not seek to recover fees. Sarah Burns's May 7, 2024 time entry has been adjusted to reflect only the portion of that day's time for which Netflix seeks fees.

8. The time entries in Exhibit A contain references to Mindy LeMoine, Director of Litigation at Netflix. Netflix is not seeking fees for time spent on the Anti-SLAPP Motion by Ms. LeMoine or anyone else at Netflix.

9. This chart summarizes the total amount of time requested for each attorney in connection with the Anti-SLAPP Motion:

| Name | Title | Hours | Rates Charged | Total |
|---|---|---|---|---|
| Nicolas Jampol | Partner | 4.7 | $833 | $3,915.10 |
| Cydney Freeman | Counsel | 47.9 | $693 | $33,194.70 |
| Sarah Burns | Counsel | 18.2 | $616 | $11,211.20 |
| Samuel Turner | Associate | 15.6 | $480 | $7,488.00 |
| Total | | 86.4 | | $55,809.00 |

10. As reflected in the chart included in Paragraph 9, I spent more than 47.9 hours overseeing Netflix's anti-SLAPP defense, formulating the overall anti-SLAPP litigation strategy, and revising anti-SLAPP briefs.

11. As reflected in the chart included in Paragraph 9, Mr. Jampol spent more than 4.7 hours guiding litigation strategy and editing anti-SLAPP briefs based on his significant knowledge of the relevant legal issues in this case.

12. As reflected in the chart included in Paragraph 9, through August 5, 2024, Ms. Burns spent more than 18.2 hours researching and preparing initial drafts of the anti-SLAPP Reply and supporting papers.

13. As reflected in the chart included in Paragraph 9, through August 5, 2024, Mr. Turner spent more than 15.6 hours researching and preparing initial drafts of the anti-SLAPP Motion, Reply, and supporting papers.

14. Consequently, Netflix has incurred more than $55,809.00 in fees through August 5, 2024 for which it seeks recovery in this Fee Motion. The legal services described in the time entries in Exhibit A and Paragraphs 9-13 were actually performed defending against Plaintiff's claims for defamation, false light, right of publicity, and public disclosure of private facts against Netflix, and these fees for these services have been paid in full.

15. Because Plaintiff filed several versions of the Complaint in short succession, all of which included conclusory assertions and several dozen frivolous claims, Netflix's counsel was forced to conduct duplicative analysis and preparation of legal briefs. Netflix seeks only a streamlined version of its fees incurred in defending its successful anti-SLAPP motion.

16. As reflected in Exhibit A, Netflix seeks $55,809.00 in costs through August 5, 2024. Those costs include court reporting services, filing fees, and delivery service fees.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 13, 2024, in Los Angeles, California.

/s/ Cydney Swofford Freeman
Cydney Swofford Freeman