# EXHIBIT A



920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T  (206) 622-3150
F  (206) 757-7700
Federal ID # 91-0839480
DWT.COM

Netflix, Inc.



February 26, 2024
Invoice #7061256
**ELECTRONIC BILLING**

**Matter Name**: McGillvary Claim
**Firm Matter Number**: 0094895.000138
**DWT Attorney**: Nicolas Jampol (nicolasjampol@dwt.com)

### Invoice for Fees and Costs

**ELECTRONIC BILLING – DO NOT MAIL**
**FOR FILING PURPOSES ONLY**



| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Amount Due This Invoice** | **$** |

### PROFESSIONAL FEES RENDERED:



| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| 01/04/24 | C. Freeman | 1.60 | 1,108.80 | Review Hatchet Wielding Hiker documentary and take notes regarding same to incorporate into substantive responses to complaint |
| 01/05/24 | C. Freeman | 10.50 | 7,276.50 | Review and annotate plaintiff's 100+ page complaint with 15+ causes of action to prepare anti-SLAPP motion to strike same |
| 01/06/24 | C. Freeman | 0.30 | 207.90 | Draft initial analysis of false light claim in connection with anti-SLAPP motion |

Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol



Invoice # 7061256
Page **2** of **8**

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/06/24 | C. Freeman | 0.90 | 623.70 | Draft initial analysis of right of publicity claim in connection with anti-SLAPP motion |
| ███ | ███ | ██ | ███ | ███ |
| ███ | ███ | ██ | ███ | ███ |
| 01/06/24 | C. Freeman | 1.30 | 900.90 | Draft initial analysis of public disclosure of private fact and intentional infliction of emotional distress claims in connection with anti-SLAPP motion |
| ███ | ███ | ██ | ███ | ███ |
| ███ | ███ | ██ | ███ | ███ |
| 01/06/24 | C. Freeman | 3.20 | 2,217.60 | Draft initial analysis of libel-proof plaintiff, substantial truth, fair and true report, no defamatory implication, and no actual malice defenses to defamation claims in connection with anti-SLAPP motion |
| ███ | ███ | ██ | ███ | ███ |
| 01/09/24 | N. Jampol | 1.10 | 916.30 | Review and revise outlines for motion to dismiss and anti-SLAPP motion and communicate with C. Freeman regarding same |
| ███ | ███ | ██ | ███ | ███ |
| ███ | ███ | ██ | ███ | ███ |
| ███ | ███ | ██ | ███ | ███ |
| ███ | ███ | ██ | ███ | ███ |
| ███ | ███ | ██ | ███ | ███ |
| 01/10/24 | C. Freeman | 6.20 | 4,296.60 | Revise anti-SLAPP outline to reflect specific defamation statements at issue and each relevant legal defense in connection with anti-SLAPP motion to strike FAC |
| ███ | ███ | ██ | ███ | ███ |
| 01/10/24 | C. Freeman | 0.50 | 346.50 | Revise anti-SLAPP outline to restructure defamation defenses |
| ███ | ███ | ██ | ███ | ███ |
| ███ | ███ | ██ | ███ | ███ |

Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol



Invoice # 7061256
Page **3** of **8**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|
| ███ | ███ | ███ | ████████ | ███████████████ |
| ███ | ███ | ███ | ████████ | ███████████████ |
| 01/10/24 | S. Turner | 1.80 | 864.00 | Review first amended complaint to identify and compile each defamatory statement alleged by plaintiff in preparation for drafting anti-SLAPP motion |
| 01/10/24 | S. Turner | 2.40 | 1,152.00 | Draft statement of facts section of SLAPP motion |



Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol



Invoice # 7061256
Page **4** of **8**



Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol



Invoice # 7061256
Page **5** of **8**

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 01/17/24 | C. Freeman | 4.40 | 3,049.20 | Begin to draft defamation section of anti-SLAPP motion, breaking down plaintiff's claims statement by statement |
| 01/18/24 | C. Freeman | 1.00 | 693.00 | Review anti-SLAPP support for dismissing intentional infliction of emotional distress claims founded in defamation in connection with drafting anti-SLAPP motion |
| 01/19/24 | C. Freeman | 1.90 | 1,316.70 | Draft introduction to anti-SLAPP motion |
| 01/19/24 | S. Turner | 0.80 | 384.00 | Draft argument section of anti-SLAPP motion; research case law in support of same |
| 01/22/24 | S. Turner | 1.80 | 864.00 | Draft argument section of anti-SLAPP motion |
| 01/24/24 | S. Turner | 3.70 | 1,776.00 | Draft argument section of anti-SLAPP motion; revise facts section |
| 01/26/24 | S. Turner | 0.20 | 96.00 | Revise facts section of SLAPP motion |



Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol



Invoice # 7061256
Page **6** of **8**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|



| **TOTAL** | | | |
|-----------|--|--|--|

**COSTS:**



Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol



Invoice # 7061256
Page **7** of **8**

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARTNER** | | | |
| Jampol, N. | ███ | $833.00 | ███ |
| **Total for Partner** | | | |
| **COUNSEL** | | | |
| Freeman, C. | | $693.00 | |
| **Total for Counsel** | | | |
| **ASSOCIATE** | | | |
| Turner, S. | | $480.00 | |
| **Total for Associate** | | | |
| **PARALEGAL** | | | |
| Shapiro, M. | ██ | | |
| **Total for Paralegal** | | | |
| **TOTAL** | | | |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | ███ |



920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T  (206) 622-3150
F  (206) 757-7700
Federal ID # 91-0839480
DWT.COM

Netflix, Inc.



March 22, 2024
Invoice #7069633
**ELECTRONIC BILLING**

**Matter Name**: McGillvary Claim
**Firm Matter Number**: 0094895.000138
**DWT Attorney**: Nicolas Jampol (nicolasjampol@dwt.com)

**Invoice for Fees and Costs**

**ELECTRONIC BILLING – DO NOT MAIL**
**FOR FILING PURPOSES ONLY**

Total Current Fees
Total Current Costs



**Total Amount Due This Invoice**                                              $

**PROFESSIONAL FEES RENDERED:**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|
| 02/03/24 | C. Freeman | 2.10 | 1,455.30 | Revise anti-SLAPP motion section regarding applicability of statute |
| 02/03/24 | C. Freeman | 1.00 | 693.00 | Draft anti-SLAPP motion section regarding viability of intentional infliction of emotional distress and public disclosure of private facts claims |
| 02/04/24 | C. Freeman | 3.70 | 2,564.10 | Draft anti-SLAPP motion sections on false light, libel-proof defense to defamation claims, and statement-by-statement defamation defenses |
| 02/05/24 | C. Freeman | 3.70 | 2,564.10 | Draft and revise anti-SLAPP motion's notice of motion, facts, attorneys' fees, and introduction sections |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol



Invoice # 7069633
Page **2** of **8**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|



| 02/09/24 | N. Jampol | 3.30 | 2,748.90 | Review and revise anti-SLAPP motion and communicate with C. Freeman regarding same |
| 02/11/24 | C. Freeman | 0.60 | 415.80 | Revise anti-SLAPP motion section regarding defamation allegations to deepen legal analysis |
| 02/12/24 | C. Freeman | 0.10 | 69.30 | Communicate with M. LeMoine regarding non-opposition of motion to amend |

Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol



Invoice # 7069633
Page **3** of **8**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|------------|-------|--------|-----------|



Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol



Invoice # 7069633
Page **4** of **8**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|
| 02/14/24 | C. Freeman | 1.40 | 970.20 | Revise anti-SLAPP motion to incorporate client comments |



Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol



Invoice # 7069633
Page **5** of **8**

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 02/16/24 | S. Turner | 0.50 | 240.00 | Conduct final review and revisions to SLAPP motion in preparation for filing |



Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol



Invoice # 7069633
Page **6** of **8**

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| ███ | ███ | ███ | ██████████████ | |
| ███ | ███ | ███ | ██████████████████ | |
| 02/28/24 | S. Turner | 0.70 | 336.00 | Draft supplemental brief in support of motion to strike and motion to dismiss |
| ███ | ███ | ███ | ███████████████████ | |
| ███ | ███ | ███ | ████████████████ | |
| ███ | ███ | ███ | ██████████████ | |
| ███ | ███ | ███ | ████████████ | |
| ███ | ███ | ███ | ██████████████ | |
| 02/28/24 | S. Turner | 0.70 | 336.00 | Research case law on choice of law in California in preparation for drafting supplemental brief in support of motion to strike and motion to dismiss |
| ███ | ███ | ███ | ██████████████ | |
| 02/29/24 | C. Freeman | 2.50 | 1,732.50 | Revise supplemental brief in support of anti-SLAPP motion and motion to dismiss |
| 02/29/24 | S. Turner | 1.60 | 768.00 | Research California statute cited by Plaintiff in support of his choice of law arguments in the Second Amended Complaint; continue drafting supplemental brief in support of motion to strike and motion to dismiss |
| 02/29/24 | S. Turner | 1.20 | 576.00 | Research Delaware case law to include as case cite in supplemental brief in support of SLAPP motion and motion to dismiss |
| **TOTAL** | | ███ | ██████ | |

**Costs:**

████████████████████████████████████████

Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol



Invoice # 7069633
Page **7** of **8**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **TIMEKEEPER SUMMARY** | | | |
| **PARTNER** | | | |
| Jampol, N. | | $833.00 | |
| **Total for Partner** | | | |
| **COUNSEL** | | | |
| Freeman, C. | | $693.00 | |
| **Total for Counsel** | | | |
| **ASSOCIATE** | | | |
| Turner, S. | | $480.00 | |
| **Total for Associate** | | | |
| **PARALEGAL** | | | |
| Shapiro, M. | | | |
| Walton, S. | | | |
| **Total for Paralegal** | | | |
| **TOTAL** | | | |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | |



920 Fifth Avenue<br>Suite 3300<br>Seattle, WA 98104<br>T  (206) 622-3150<br>F  (206) 757-7700<br>Federal ID # 91-0839480<br>**DWT.COM**

Netflix, Inc.


April 30, 2024<br>Invoice #7081266<br>**ELECTRONIC BILLING**

**Matter Name**: McGillvary Claim
**Firm Matter Number**: 0094895.000138
**DWT Attorney**: Nicolas Jampol (nicolasjampol@dwt.com)

**Invoice for Fees and Costs**

**ELECTRONIC BILLING – DO NOT MAIL
FOR FILING PURPOSES ONLY**

Total Current Fees
Total Current Costs

**Total Amount Due This Invoice**                                        $



**PROFESSIONAL FEES RENDERED:**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|
| 03/01/24 | N. Jampol | 0.30 | 249.90 | Review and revise supplemental brief and communicate with C. Freeman and S. Turner regarding same |
| 03/01/24 | C. Freeman | 1.00 | 693.00 | Review Delaware case law for supplemental brief in support of anti-SLAPP motion and MTD and revise brief to reflect same |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol



Invoice # 7081266
Page **2** of **5**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|------------|-------|--------|-----------|



| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|------------|-------|--------|-----------|
| 03/04/24 | S. Turner | 0.20 | 96.00 | Conduct final review of supplemental brief in preparation for filing |

Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol



Invoice # 7081266
Page **3** of **5**

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
|  | | | | |

| TOTAL | | ▬ | ▬ | |



Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol

Invoice # 7081266
Page **4** of **5**



**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| Jampol, N. | ▮ | $833.00 | ▮ |
| **Total for Partner** | | | |
| **COUNSEL** | | | |
| Freeman, C. | | $693.00 | |
| **Total for Counsel** | | | |
| **ASSOCIATE** | | | |
| Turner, S. | | $480.00 | |
| **Total for Associate** | | | |
| **PARALEGAL** | | | |
| Mitterndorfer, E. | | ▮ | |
| **Total for Paralegal** | | | |
| **TOTAL** | ▮ | | ▮ |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | ▮ |



Davis Wright
Tremaine LLP

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T (206) 622-3150
F (206) 757-7700
Federal ID # 91-0839480
DWT.COM

Netflix, Inc.



June 25, 2024
Invoice #7091312
**ELECTRONIC BILLING**

**Matter Name**: McGillvary Claim
**Firm Matter Number**: 0094895.000138
**DWT Attorney**: Nicolas Jampol (nicolasjampol@dwt.com)

### Invoice for Fees and Costs

**ELECTRONIC BILLING – DO NOT MAIL**
**FOR FILING PURPOSES ONLY**



Total Current Fees
Total Current Costs

**Total Amount Due This Invoice**                                $

<u>PROFESSIONAL FEES RENDERED</u>:



| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>AMOUNT</u> | <u>NARRATIVE</u> |
|---|---|---|---|---|

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol



Invoice # 7091312
Page **2** of **4**

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| | | | | ██████████████████ |
| 05/03/24 | S. Burns | 3.10 | 1,909.60 | Research and draft reply ISO SLAPP motion |
| | | | | █████████████████ |
| 05/06/24 | S. Burns | 8.30 | 5,112.80 | Research and draft reply in support of SLAPP motion |
| 05/06/24 | S. Burns | 0.70 | 431.20 | Research and draft reply in support of anti-SLAPP motion |
| | | | | █████████████ |
| 05/07/24 | S. Burns | 6.1 | 3,757.6 | Research and draft reply in support of SLAPP motion (6.1); |



Client Name: Netflix, Inc.
Firm Matter Number: 0094895.000138
DWT Attorney: Nicolas Jampol


Davis Wright
Tremaine LLP

Invoice # 7091312
Page **3** of **4**

**TOTAL** ████████████████



| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| Jampol, N. | | $833.00 | |
| **Total for Partner** | | | |
| **COUNSEL** | | | |
| Freeman, C. | | $693.00 | |
| **Total for Counsel** | | | |
| **ASSOCIATE** | | | |
| Burns, S. | | $616.00 | |
| Turner, S. | | $480.00 | |
| **Total for Associate** | | | |
| **PARALEGAL** | | | |
| Nurrenbern, N. | | ██████ | |
| **Total for Paralegal** | | | |
| **TOTAL** | | | |

**TOTAL AMOUNT DUE THIS INVOICE** $ ████████