# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB L. MCGILLVARY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NETFLIX, BUNIM-MURRAY PRODUCTIONS, JIMMY KIMMEL LIVE!, KMPH FOX NEWS, EBAUMSWORLD, FULTON 55, RAWTV, COLETTE CAMDEN, BRAD MULCAHY, ALEX AGUIRRE, CARTER HARRIS, JEFF STRICKER, GABRIEL SANCHEZ, TONY MARTIN, LISA SAMSKY, JENSEN RUFE, SALLY BRINDLE, ROB MILLER, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01195-JLS-SK<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT NETFLIX, INC. TO RECOVER FEES PURSUANT TO C.C.P. § 425.16(c)** |

  Defendant Netflix, Inc. ("Netflix") filed a Motion for Attorneys' Fees, pursuant to the mandatory fee-shifting provision of California Code of Civil Procedure § 425.16 ("C.C.P."), for an order that Plaintiff Caleb "Kai" McGillvary must reimburse Netflix for its attorneys' fees incurred in defending this action. Having reviewed and considered the motion and all other papers and argument, and good cause appearing, the Motion is **GRANTED**.

  The Court finds that Netflix is entitled to recover its reasonable attorneys' fees and costs on the grounds that the Court previously granted Netflix's special motion to strike under Section 425.16, which provides that "a prevailing defendant on a special motion to strike shall be entitled to recover that defendant's attorney's fees and costs." C.C.P. § 425.16(c).

  The Court also finds that Netflix's fee request, including its counsel's billing rates and hours worked, is reasonable.

  Accordingly, Plaintiff Caleb "Kai" McGillvary is HEREBY ORDERED to pay $55,809.00 in attorneys' fees to Netflix within 30 days of entry of this Order.

**IT IS SO ORDERED.**

Dated: _____      By: _____
                Hon. Josephine L. Staton
                United States District Judge