UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-01195-JLS-SK                                         Date: August 25, 2024
Title:  Caleb L. McGillvary et al v. Netflix, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER STRIKING PLAINTIFF'S MOTION FOR RECONSIDERATION (Doc. 236) AND MOTION FOR EXTENSION OF TIME (Doc. 238) FOR FAILURE TO COMPLY WITH LOCAL RULES**

Before the Court are Plaintiff's motion for reconsideration (Doc. 236) and motion for extension of time (Doc. 238).  A motion must be noticed for a hearing date.  *See* L.R. 7-4 ("On the first page of the notice of motion and every other document filed in connection with any motion, there shall be included, under the title of the document, the date and time of the motion hearing . . . .").  This hearing date then dictates the briefing schedule.  *See* L.R. 7-9 (opposition timing); L.R. 7-10 (reply timing).  Alternatively, a request for relief can be made via an ex parte application, which requires a showing "that the need for ex parte relief is not due to the lack of the party's diligence."  (Judge Staton Procedures § 3); L.R. 7-19.  Plaintiff's motions are neither noticed for a hearing date nor presented as ex parte applications.  Therefore, Plaintiff's motion for reconsideration (Doc. 236) and motion for extension of time (Doc. 238) are STRICKEN for failure to comply with the Central District's Local Rules.

Initials of Deputy Clerk: cr