JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB L. MCGILLVARY,<br><br>   Plaintiff,<br><br>   v.<br><br>NETFLIX, INC. et al,<br><br>   Defendants. | CASE NO. 2:23-cv-01195-JLS-SK<br><br>**JUDGMENT OF DISMISSAL** |

1   On October 9, 2024, the Court issued an order dismissing this action with prejudice.
2   (Order, Doc. 252.)  Accordingly, a JUDGMENT OF DISMISSAL is hereby entered.

DATED:  October 10, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE