Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625



UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caleb L. McGillvary<br>    PLAINTIFF<br><br>V.<br><br>Netflix et al<br>    DEFENDANT | CIVIL ACTION NO.<br>2:23-cv-01195-JLS-SK<br>Hon. Josephine L. Staton, USDJ<br>Hon. Steve Kim, USMJ |

NOTICE OF APPEAL

TO: CLERK, ALL CAPTIONED PARTIES

    Please take notice that Plaintiff Caleb L. McGillvary hereby appeals to the United States Court of Appeals for the Ninth Circuit from the United States District Court for the Central District of California's Final Judgment of Dismissal in the above-captioned matter; ECF 253; and all orders subsumed therein.

    Plaintiff was granted leave to proceed in forma pauperis in the district court.

Respectfully submitted on this 17th Day of October, 2024

                                 Caleb L. McGillvary, Pro Se
                                   #1222665/SBI#102317G NJSP
                                   PO Box 861 Trenton, NJ
                                   08625-0861

PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the original and required copies of my notice of appeal; as well as my motion for leave to proceed on original record, motion for leave to proceed in forma pauperis, certification of 6 month inmate account statement, and certification pursuant to F.R.A.P. 10(b)(1)(B); to the Clerk of the Court at USDC-CDCA 255 E. Temple St. Rm 180 Los Angeles, CA 90012; and, pursuant to this Court's 1/25/24 Order, ECF 94, and L.R. 5-3.2, have relied upon the Clerk to send by notice of electronic filing a copy of each said document to Counsel for Defendnats Scott C. Hawkins at 2220 Tulare St., 5th Floor Fresno, CA 93721, Matthew S.L. Cate at 1909 K St. NW, 12th Floor Washington, DC 20006-1157, Howard M. Rupp at 615 N. Paulina Ave Redondo Beach, CA 90277, and Cydney Swofford Freeman at 865 S. Figueroa St., 24th Floor Los Angeles, CA 90017-2566. I further declare that no other Defendants have yet appeared in this matter, to my knowledge.
I hereby invoke the prison mailbox rule.
I declare under penalty of perjury that the foregoing statements made by me are true and accurate.
Executed this 17 Day of OCTOBER , 20 24

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

C MCGILLVARY
#1226665/SA1 #1023179
USSP P.O. BOX 861
TRENTON, NJ
08625

CLERK
U.S. DIST. CT. - C.D. CA
255 E. TEMPLE ST. RM 180
LOS ANGELES, CA
90012

FILED
CLERK, U.S. DISTRICT COURT
OCT 30 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Trenton PRNC NJ 0865
FRI 25 OCT 2024