# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)**

**Case Name** MCGILLVARY v. NETFLIX

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** [signed] **Date** 10/17/24

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

1.) DISMISSAL OF THE FOLLOWING CLAIMS BY THE DISTRICT COURT WAS ERROR:
   a.) LANHAM ACT FALSE ENDORSEMENT
   b.) COPYRIGHT ACT
   c.) FEDERAL CIVIL RICO
   d.) CALIFORNIA DEFAMATION - GABRIEL SANCHEZ & JEFF STRICKER, INDIVIDUALLY ONLY
2.) DISTRICT COURT'S AWARD OF ATTORNEY FEES WAS ERROR

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-Employment | $ 60 | $ 0 | $ 60 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and Dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts  ESTIMATED | $ 130 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment Payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-Assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify) N/A | $ 0 | $ 0 | $ 0 | $ 0 |
| TOTAL MONTHLY INCOME: | $ 190 | $ 0 | $ 60 | $ 0 |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4                                       2                                       Rev. 12/01/2018

2. List your employment history for the past two years, most recent employer first.
   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| NJ DEPARTMENT OF CORRECTIONS, NJ STATE PRISON | 3RD & FEDERAL STS, PO BOX 861 TRENTON, NJ 08625-0861 | From 5/31/19 | To 10/17/24 | $ 60.00 |
| N/A | N/A | From N/A | To N/A | $ 0 |
| N/A | N/A | From N/A | To N/A | $ 0 |
| N/A | N/A | From N/A | To N/A | $ 0 |

3. List your spouse's employment history for the past two years, most recent employer first.
   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| N/A | N/A | From N/A | To N/A | $ 0 |
| N/A | N/A | From N/A | To N/A | $ 0 |
| N/A | N/A | From N/A | To N/A | $ 0 |
| N/A | N/A | From N/A | To N/A | $ 0 |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4                              3                              Rev. 12/01/2018

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| NJ DEPARTMENT OF CORRECTIONS | INMATE TRUST ACCOUNT | $ 54.26 | $ 0 |
| N/A | N/A | $ 0 | $ 0 |
| N/A | N/A | $ 0 | $ 0 |
| N/A | N/A | $ 0 | $ 0 |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| N/A | $ 0 | N/A | $ 0 |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| N/A | N/A | N/A | $ 0 |

| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| N/A | N/A | N/A | $ 0 |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

4

Form 4                                                                  Rev. 12/01/2018

| Other Assets | Value |
|---|---|
| N/A | $ 0 |
| N/A | $ 0 |
| N/A | $ 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ 0 | $ 0 |
| N/A | $ 0 | $ 0 |
| N/A | $ 0 | $ 0 |

7. State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4  5  Rev. 12/01/2018

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by the spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ 0 |
| - Are real estate taxes included? ☐ Yes ☒ No | | |
| - Is property insurance included? ☐ Yes ☒ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 20 | $ 0 |
| Clothing | $ 30 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| - Homeowner's or renter's | $ 0 | $ 0 |
| - Life | $ 0 | $ 0 |
| - Health | $ 0 | $ 0 |
| - Motor Vehicle | $ 0 | $ 0 |
| - Other   N/A | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| Specify   N/A | $ 0 | $ 0 |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4   6   Rev. 12/01/2018

| | You | Spouse |
|---|---|---|
| Installment payments | | |
| - Motor Vehicle | $ 0 | $ 0 |
| - Credit Card (name) N/A | $ 0 | $ 0 |
| - Department Store (name) N/A | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify) LEGAL COST & EXPENSES | $ 140 | $ 0 |
| **TOTAL MONTHLY EXPENSES** | $ 200 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?  ☐ Yes  ☒ No

If Yes, describe on an attached sheet.

10. Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?  ☒ Yes  ☐ No

If Yes, how much? $ 1,500

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I WAS HOMELESS WHEN I WAS ARRESTED, I HAVE NO REAL FAMILY SUPPORT, & I HAVE SPENT EVERYTHING I HAD ON MY APPEALS, HABEAS PETITION, & CIVIL RIGHTS LAWSUITS

12. State the city and state of your legal residence.

City: TRENTON    State: NEW JERSEY

Your daytime phone number (ex., 415-355-8000): N/A

Your age: 36    Your years of schooling: 13

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## INSTRUCTIONS for Form 23. CJA Financial Affidavit

- Use Form 23 **only** in a criminal or habeas corpus appeal.
- Use Form 23 **only** to support a request for waiver of fees or a motion for appointment of counsel or other legal services at government expense.
- If you are not represented by counsel and are requesting appointment of counsel, attach a completed Form 24 Motion for Appointment of Counsel to Form 23.

If you are a self-represented party who is not registered for electronic filing, mail the completed form to: U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939.

To file Form 23 electronically, use the electronic document filing type "CJA Form 23 Financial Affidavit."

**How to prepare fill-in forms for filing:**

- If you have Adobe Acrobat or another tool that lets you save completed forms:
  1. Complete the form.
  2. Print the completed form to your PDF printer (File > Print > select Adobe PDF or another PDF printer listed in the drop-down list).

- If you do not have Adobe Acrobat or another tool that lets you save completed forms:
  1. Complete the form.
  2. Print the completed form to your printer.
  3. Scan the completed form to a PDF file.

**Note:** The fill-in PDF version of the form is available on the court's website at http://www.ca9.uscourts.gov/forms/.

*Do not file this instruction page*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 23 Instructions                                                                 *Rev. 12/01/18*

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Prisoner Authorization Form

**9th Cir. Case Number:** _____

I, CALEB L. MCGILLVARY, am the Appellant in the above case number.

I understand that I am required by statute to pay the full amount of the $505.00 docketing and filing fees for this appeal, regardless of my forma pauperis status, and regardless of the disposition of this appeal. I hereby authorize the prison officials at this institution to assess, collect, and forward to the district court the full amount of these fees, in monthly increments based on 20 percent of the average of deposits to or balance in my prison trust account, subject to the provisions set forth in 28 U.S.C. § 1915(b).

I understand that I am not responsible for payment when the funds in my trust account total less than $10.00, but that payments will resume when additional deposits are made or funds are otherwise available.

| | |
|---|---|
| **NAME** | CALEB L. MCGILLVARY |
| **SIGNATURE** | [signature] |
| **CASE NO.** | |
| **PRISONER I.D. NO.** | 1222665/SBI#1023176 |
| **PRISON FACILITY** | NJ STATE PRISON |
| **ADDRESS** | PO BOX 861 TRENTON, NJ 08625-0861 |
| **DATE** | 10/17/24 |

**Mail this form to the Court at:**
*Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939*

MCGILLVRAY
1226657SA1 #10231761
S10 Po Box 861
TRENTON, NJ
08625

CLERK
U.S. DIST. CT. - C.D. CA
255 E. TEMPLE ST. RM 180
LOS ANGELES, CA
90012



OCT 30 2024
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Trenton NJ 085
FRI 25 OCT 2024