FILED
CLERK, U.S. DISTRICT COURT
OCT 30 2024
CENTRAL DISTRICT OF CALIFORNIA
BY MRN DEPUTY

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caleb L. McGillvary<br>PLAINTIFF<br><br>V.<br><br>Netflix et al<br>DEFENDANT | CIVIL ACTION NO.<br>2:23-cv-01195-JLS-SK<br>Hon. Josephine L. Staton, USDJ<br>Hon. Steve Kim, USMJ |

CERTIFICATE PURSUANT TO F.R.A.P. 10(b)(1)(B)

I, Caleb L. McGillvary ("Plaintiff"), hereby declare pursuant to 28 U.S.C. 1746 the following:

1.) I am the pro se plaintiff/appellant in the above-captioned matter.

2.) I certify pursuant to F.R.A.P. 10(b)(1)(B) that I will not be ordering a transcript; because I have been granted leave to proceed in forma pauperis and am requesting pursuant to F.R.A.P. 24(c) that this appeal to be heard on the original record.

I declare under penalty of perjury that the foregoing statements are true and accurate.
Executed this 17 day of OCTOBER, 2024

Caleb L. McGillvary, ProSe
#1222665/SBI#102317GNJSP
PO Box 861, Trenton, NJ08625

C MCGILLVRAY
#1226657501 #10231761
NJSP P.O. BOX 861
TRENTON, NJ
08625

CLERK
U.S. DIST. CT. - C.D. CA
255 E. TEMPLE ST. RM 180
LOS ANGELES, CA
90012

