NICOLAS A. JAMPOL (State Bar No. 244867)
nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
cydneyfreeman@dwt.com
SARAH E. BURNS (State Bar No. 324466)
sarahburns@dwt.com
SAMUEL A. TURNER (State Bar No. 338089)
samturner@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
NETFLIX, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CALEB L. MCGILLVARY, an individual

Plaintiff,

vs.

NETFLIX, INC., et al.

Defendants.

Case No. 2:23-cv-01195-JLS-SK

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**TO THE COURT AND TO ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Caleb L. McGillvary ("Plaintiff") and defendant Netflix, Inc. ("Netflix") stipulate and agree that all claims asserted against Netflix in the above-captioned action shall be dismissed with prejudice, with each party to bear its own costs and fees. This stipulation has no effect on Plaintiff's claims against other defendants in this action.

This stipulation of dismissal is filed consistent with the Stipulated Dismissal of Appeal filed in the pending appeal before the Ninth Circuit Court of Appeals.

DATED: July 9, 2025

Respectfully submitted,

By: [signature]
Caleb L. McGillvary
Pro Se Plaintiff

DATED: July 22, 2025

By: Cydney Swofford Freeman
Cydney Swofford Freeman

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
SARAH E. BURNS
SAMUEL A. TURNER

Attorneys for Netflix, Inc.