UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB L. MCGILLVARY, | Case No. 2:23-cv-01195-JLS-SK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NETFLIX, INC. ET AL, | |
| Defendants. | |

Pursuant to the Court's Order Denying Plaintiff's Motion to Dismiss Parties or Amend Pleadings and Dismissing the Action (Doc. 282), it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED:  June 23, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE